## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARY BERNTSEN )
11949 Sentinel Point Court )
Reston, VA 20191 )
  )
    Plaintiff, )
  )    Civil Action No: 05CV1482 (CCK)
    v. )
  )
CENTRAL INTELLIGENCE AGENCY )
Washington, D.C. 20505 )
  )
    Defendant. )

## COMPLAINT

Plaintiff Gary Bernsen brings this action against Defendant Central Intelligence Agency for injunctive and declaratory relief pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, the Administrative Procedure Act, 5 U.S.C. § 701 et seq., the All Writs Act, 28 U.S.C. § 1651, the Central Intelligence Agency s internal regulations and the First Amendment to the Constitution of the United States. The Central Intelligence Agency has unlawfully imposed a prior restraint upon Plaintiff by infringing on his right to publish his memoirs.

### JURISDICTION

1.    This Court has jurisdiction over this action pursuant to 5 U.S.C. § 702 and 28 U.S.C. § 1331.

2.    Venue is appropriate in the District under 5 U.S.C. § 703 and 28 U.S.C. § 1391.

3.    Plaintiff was formerly employed by the Central Intelligence Agency as an Operations Officer. He is required by virtue of a secrecy agreement to submit all writings for prepublication review. He is a citizen of the United States and resides in the Commonwealth of Virginia.

4.    Defendant Central Intelligence Agency (ôCIAö) is an agency as defined by

5 U.S.C. § 701. Its actions have prevented Plaintiff from publishing his

manuscript in its entirety.

## FACTS

5.    Plaintiff was formerly employed by the CIA as an Operations Officer from

October 4, 1982 to June 17, 2005.

6.    On May 17, 2005 Plaintiff submitted, pursuant to one or more secrecy

agreements, a draft manuscript of his memoirs to the CIA s Office of

Prepublication Review ( PRB ) for prepublication review. The CIA is required to

issue decisions regarding submissions within thirty days of receipt of the

document.

7.    Together with his draft manuscript Plaintiff also provided to the PRB 20 books

and other printed references documenting the prior declassification or otherwise

public domain status of all of the information set forth in his manuscript.

8.    To date Plaintiff has not received his manuscript from the PRB and is informed

that all but three of his supporting references have been lost or misplaced by

Defendant.

9.    Plaintiff also is informed that the Directorate of Operations ( DO ) has proposed

a cumulative total of some 30 pages of redaction from his manuscript.

10.    Plaintiff has a contract with Random House requiring him to deliver his

manuscript by June 17, 2005. The delivery of Plaintiff s manuscript to his

publisher is now weeks overdue  causing him financial loss and imperils its

proposed October, 2005 publication date.

## COUNT I
## FIRST AMENDMENT - RIGHT TO PUBLISH - CLASSIFICATION CHALLENGE

11.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 10 above, inclusive.

12.    Plaintiff properly submitted, pursuant to one or more secrecy agreements, his draft manuscript.

14.    Defendant has failed to respond within its prescribed time effectively denying Plaintiff the right to publish his manuscript.

15.    Defendant has failed to show that Plaintiff s First Amendment right to publish is outweighed by its interest in efficiently carrying out its mission by minimizing harms that are real, not merely conjecture.

16.    Defendant has failed to demonstrate the existence of substantial government interests that would enable it to prohibit the publication of certain information within Plaintiff s manuscript. Moreover, Defendant has imposed unreasonable restrictions on Plaintiff s First Amendment activities.

17.    Because Defendant has impermissibly infringed upon Plaintiff s right to publish the information contained within his manuscript, it has violated Plaintiff s First Amendment rights. Thus, Plaintiff has suffered actual adverse and harmful effects, including, but not limited to, a delay in being able to publish in a timely fashion in order to meet his contractual obligation and/or lost present or future financial opportunities.

WHEREFORE, Plaintiff requests that the Court award him the following relief:

(a)    Issue a permanent injunction to block Defendant from further restraining the

       publication of his manuscript;

(b)    Declare that Plaintiff possesses a First Amendment right to publish the

       information within his manuscript;

(c)    Declare that Defendant has violated the Administrative Procedure Act and its

       internal regulations governing prepublication review;

(d)    Award Plaintiff the costs of this action and reasonable attorney fees under the

       Equal Access to Justice Act or any other applicable law; and

(e)    Grant such other relief as the Court may deem just and proper.


                              Respectfully submitted,




                              _____
                              Roy W. Krieger
                              (D.C. Bar #375754
                              KRIEGER & ZAID, PLLC
                              1920 N Street, N.W., Suite300
                              Washington, D.C.  20036
                              (202) 223-9050

                              Counsel For Plaintiff