UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN | * |
| | * |
| Plaintiff, | * |
| | * Civil Action No: 05CV1482 (CCK) |
| v. | * |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF S PROOF OF SERVICE**

NOW COMES Plaintiff, Gary Bernsten, by and through undersigned counsel, and gives Notice that his Summons and Complaint were served via Certified Mail, in compliance with Rule 4, Fed.R.Civ.Proc., upon Defendant CIA, the Attorney General of the United States and the U.S. Attorney for the District of Columbia on July 28, 2005.

Further, copies were also served via telefax upon Defendant CIA on July 27, 2005, and upon the Attorney General of the United States and the U.S. Attorney for the District of Columbia on July 28, 2005.

I, Roy W. Krieger, do hereby certify that the foregoing is true and correct.

Respectfully submitted,
_____/s/_____
Roy W. Krieger
D.C. Bar #375754
Mark S. Zaid
D.C. Bar #440532
KRIEGER & ZAID, P.L.L.C.
1900 N Street N.W.
Suite 300
Washington, D.C. 20036
202/223-9050