UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY BERNSTEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05cv01482-CKK |
| THE CENTRAL INTELLIGENCE AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven Y. Bressler, an attorneys in good standing with the District of Columbia Bar and employed by the United States Department of Justice, Civil Division, will be appearing on behalf of defendant, the Central Intelligence Agency, in this action.

//

//

//

//

//

//

//

//

//

Dated: August 11, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.: (202) 514-4781
Fax No.: (202) 318-7609
Email:  Steven.Bressler@USDOJ.gov

Counsel for Defendant