## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY BERNTSEN | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: 05CV1482 (CCK) |
| CENTRAL INTELLIGENCE AGENCY | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

### ORDER

Upon consideration of Plaintiff s Motion for Preliminary Injunction and the response of Defendant thereto, it appearing that the relief prayed is just and appropriate, it is this _____ day of _____ 2005, hereby:

**ORDERED**, that Plaintiff s BE and IS **GRANTED;**

**FURTHER ORDERED**, that Defendant shall provide Plaintiff with a declassified and publishable version of his manuscript entitled *Jawbreeaker* no later than _____, 2005 at _____ AM/PM.

_____
Hon. Colleen Kollar-Kotelly
UNITED STATED DISTRICT JUDGE

cc: Roy W. Krieger
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

General Counsel
Central Intelligence Agency
Washington, D.C. 20505

Case 1:05-cv-00482-CKK Document 8-3 Filed 08/15/2005 Page 2 of 2