# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GARY BERNTSEN                          *
                                       *
    Plaintiff,                 *
                                       *     Civil Action No: 05CV1482 (CCK)
    v.                         *
                                       *
CENTRAL INTELLIGENCE AGENCY            *
                                       *
    Defendant.                 *
*     *     *     *     *     *     *     *     *     *     *     *

## ORDER

    Upon consideration of Plaintiff s Motion for Preliminary Injunction and the response of Defendant thereto, it appearing that the relief prayed is just and appropriate, it is this

_____ day of _____ 2005, hereby:

    **ORDERED**, that Plaintiff s BE and IS **GRANTED;**

    **FURTHER ORDERED**, that Defendant shall provide Plaintiff with a declassified and publishable version of his manuscript entitled *Jawbreeaker* no later than

_____, 2005 at _____ AM/PM.



_____
Hon. Colleen Kollar-Kotelly
UNITED STATED DISTRICT JUDGE

cc:     Roy W. Krieger
        Krieger & Zaid, PLLC
        1920 N Street, N.W.
        Suite 300
        Washington, D.C. 20036

        U.S. Attorney for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20001

        General Counsel
        Central Intelligence Agency
        Washington, D.C. 20505