UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05CV1482 (CCK) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF S NOTICE OF WITHDRAWAL**
**OF MOTION FOR PRELIMINARY INJUNCTION**

NOW COMES Plaintiff, Gary Bernsten, by and through undersigned counsel, and hereby gives notice of his withdrawal of his Motion for Preliminary Injunction on the grounds that Defendant delivered a redacted copy of his manuscript to him on the morning of August 23, 2005 rendering his referenced motion moot.

Respectfully submitted,

_____
Roy W. Krieger
D.C. Bar# 375754
KRIEGER & ZAID, PLLC
1920 N Street, N.W., Suite 300
Washington, D.C.  20036
(202) 223-9050

Counsel For Plaintiff