UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNSTEN, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 1:05cv01482-CKK |
| THE CENTRAL INTELLIGENCE AGENCY, | ) |
|       Defendant. | ) |

## ANSWER

Defendant the Central Intelligence Agency ("CIA"), by and through undersigned counsel, answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

This Court lacks subject matter jurisdiction over Plaintiff's claims, which are moot.

### THIRD DEFENSE

The first, unnumbered paragraph contains Plaintiff's characterization of this action, not allegations of fact requiring a response; to the extent a response is required, deny. Using the same numbering as the Complaint, Defendant answers the numbered paragraphs of the Complaint as follows:

1.    This paragraph contains conclusions of law, not allegations of fact requiring a response, but, to the extent a response is required, deny.

2. This paragraph contains conclusions of law, not allegations of fact requiring a response, but, to the extent a response is required, deny.

3. Admit the first sentence. As to the second sentence, deny and aver that plaintiff is required to submit for prepublication review all writings that contain any mention of intelligence data or activities, or any other data which may be based on classified information. As to the third sentence, admit upon information and belief that Plaintiff is currently a citizen of the United States; Defendant lacks knowledge or information sufficient to admit or deny that Plaintiff currently resides in the Commonwealth of Virginia.

4. The first sentence of this paragraph contains a conclusion of law, not an allegation of fact, and, therefore, no response is required. As to the second sentence, deny, except to admit that Defendant has identified certain information in Plaintiff's manuscript that cannot be published because it is classified.

5. Admit.

6. Defendant denies the first sentence of this paragraph, but avers that during May, 2005, Plaintiff submitted, pursuant to one or more secrecy agreements, a draft manuscript to the CIA Publications Review Board ("PRB") for pre-publication review. The second sentence of this paragraph contains conclusions of law, not allegations of fact requiring a response, but, to the extent a response is required, deny.

7. Deny except to admit that Plaintiff provided the CIA with printed references which Plaintiff claimed were relevant to pre-publication review of his manuscript.

8. Deny that Plaintiff has not received his manuscript from the CIA and aver that Plaintiff's manuscript was returned to him, with necessary redactions, on August 23, 2005.

Defendant lacks knowledge or information sufficient to admit or deny what Plaintiff is informed.

9. Defendant lacks knowledge or information sufficient to admit or deny what Plaintiff is informed; aver that the CIA informed Plaintiff of certain redactions necessary to remove classified material from his manuscript.

10. Defendant lacks knowledge or information sufficient to admit or deny the truth of this paragraph.

11. Defendant incorporates by reference paragraphs 1-10, above, as if fully set forth herein.

12. Admit that Plaintiff submitted a draft manuscript for review by the CIA pursuant to one or more secrecy agreements; as to the balance of this paragraph, Defendant lacks knowledge or information sufficient to admit or deny that Plaintiff's submission was properly made.

13. Plaintiff's Complaint omits paragraph 13.

14. Deny.

15. This paragraph contains conclusions of law, not allegations of fact requiring a response, but, to the extent a response is required, deny.

16. This paragraph contains conclusions of law, not allegations of fact requiring a response, but, to the extent a response is required, deny.

17. This paragraph contains conclusions of law, not allegations of fact requiring a response, but, to the extent a response is required, deny.

Defendant specifically denies all allegations in Plaintiffs' Complaint not otherwise answered or qualified herein. In addition, Defendant denies that Plaintiff is entitled to the relief

requested in the Prayer for Relief, or to any relief whatsoever.

WHEREFORE, Defendant requests that this action be dismissed with prejudice and that Defendant be granted its costs and such other and further relief as the Court finds appropriate.

Dated: September 30, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

    /s/ Steven Y. Bressler
VINCENT M. GARVEY
STEVEN Y. BRESSLER D.C. Bar #482492
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.:  (202) 318-7609

Counsel for Defendant