UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY BERNTSEN,            )
                          )
      Plaintiff,          )
                          )
   v.                     )  No. 05CV1482 (CCK)
                          )
CENTRAL INTELLIGENCE AGENCY, )
                          )
      Defendant.          )
_____)

DECLARATION OF RICHARD B. FLORENCE
ACTING CHAIR, PUBLICATIONS REVIEW BOARD
<u>CENTRAL INTELLIGENCE AGENCY</u>

I, RICHARD B. FLORENCE, hereby declare and say:

1. I am the Acting Chair of the Publications Review Board (PRB) of the Central Intelligence Agency (CIA). After serving as Executive Secretary of the PRB for almost two years, I became the PRB's Acting Chair on August 15, 2005. I have held various positions with the PRB since 2000, and have been employed at the CIA since 1981.

2. The statements herein are made upon my personal knowledge and upon information made available to me in my official capacity.

3. All current and former CIA employees who have signed CIA secrecy agreements must submit intelligence-related materials intended for nonofficial publication or

public dissemination for prepublication review. The submission of the materials to the CIA must occur before disclosing such information to anyone not authorized by the CIA to have access to it, including publishers, editors, literary agents, coauthors, or reviewers. The PRB is the CIA body charged with reviewing the materials to determine whether they contain classified information.

    4.  In reviewing materials, the PRB prioritizes short, time-sensitive submissions, such as op-ed pieces or letters to the editor, to ensure that they are reviewed as expeditiously as possible. Although the PRB attempts to complete review of other nonofficial publications within 30 days of receipt, lengthy or complex submissions that involve intelligence sources and methods may require a longer time period for review, as outlined in the CIA's internal regulations. Therefore, the CIA's internal regulations do not require prepublication review to be completed within 30 days of receipt.

    5.  As Acting Chair of the PRB, I am responsible for the review, coordination, and formal approval in writing of submissions in coordination with appropriate Board members. Upon completion of the review process, I send letters to those seeking prepublication review either formally approving the publication or delineating material

inappropriate for public disclosure. In my previous role as Executive Secretary of the PRB, I was responsible for the day-to-day operations of the review process. I am familiar with the facts underlying the above captioned lawsuit from the exercise of my official duties in both positions.

6. Pursuant to paragraph five of the secrecy agreement he signed on October 6, 1982 (a true and correct copy is attached as Exhibit A), Gary Berntsen submitted a book manuscript in excess of 400 pages for prepublication review. That manuscript was subsequently returned to him with redactions on August 23, 2005. After editing the document and making some, but not the majority, of the redactions, Mr. Berntsen resubmitted a revised/rewritten 398-page manuscript to the PRB for review in several installments. Mr. Berntsen also submitted a memo outlining his objections to certain of the redactions.

7. On October 18, 2005, the PRB contacted Mr. Berntsen by telephone to notify him that the review of the submission was complete and to coordinate delivery of the redacted manuscript and list of required deletions. The PRB provided Mr. Berntsen the list of required deletions and redacted version of the manuscript in person on October 19, 2005. A true and correct copy of the PRB's letter to

Mr. Bernsten and the list of required deletions provided on October 19, 2005 are attached as Ex. B.

* * * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of October, 2005.

*[signature]*
Richard B. Florence
Acting Chair
Publications Review Board
Central Intelligence Agency