

Central Intelligence Agency

Washington, D.C. 20505

Publications Review Board  
1H11 IP Building  
E-mail: prb@ucia.gov

Telephone: 703.613.3070  
703.613.1219  
Facsimile: 703.613.3004

18 October 2005

Mr. Gary Berntsen  
11949 Sentinel Point Court  
Reston, VA 20191

Hand-Delivered

Dear Mr. Berntsen:

    The Publications Review Board has completed its review of the rewrite of your manuscript entitled *Jawbreaker,* submitted in early September 2005. On behalf of the Central Intelligence Agency, the Board determined that, in accordance with the terms of your secrecy agreement, certain information in your manuscript is inappropriate for disclosure in the public domain. You must therefore revise or delete this text before you publish or show the manuscript to anyone. I have enclosed a list of the deletions the Agency requires before approving your submission. Please be aware that we assumed all the bracketed "notes" added to your manuscript were for our review. We deleted all of these to make sure you know they are not approved for publication. Also, because we noticed differences in the pagination of the electronic version of your manuscript and the printed text, I have also enclosed copies of the edited pages of the manuscript to clarify the deletions the Agency requires that you make.

    After making the changes the Agency requires, you must resubmit the revised manuscript for final Agency review so that we can verify that you have removed all classified information. Please mark or otherwise indicate any new material clearly so we can expedite our review.

    As you know, you may not submit the manuscript to the publisher or to anyone else, including an editor, agent, or co-author, before receiving the Board's written approval. A recent review of publicly available promotional materials suggests the existence of a co-author for *Jawbreaker*. Providing a copy of this manuscript, or the information contained therein, to anyone, including a co-author or publisher, prior to receiving this response from the Agency would constitute a breach of your Secrecy Agreement.

Any copies (whether electronic, paper, or otherwise) of the text of your original submission to the Board that contain the material inappropriate for public disclosure must be destroyed or returned to the Agency for destruction. Please contact the Agency for assistance in ensuring the proper disposal of these materials.

Finally, you must submit any galley proofs of the final manuscript as it will appear in book form, so we can verify that the text as published is the same as the text we approved. You may not publish until we have finished reviewing the galleys and given you written permission. Once you secure our written approval, you must ensure your publisher releases only the approved version and does not include any material, including but not limited to charts, photographs, maps, diagrams, tables, etc., that we have not approved. We will work promptly to complete this final review, but please ensure that the publishing schedule permits adequate time for us to complete our work.

Sincerely yours,

Richard B. Florence, Jr.
Acting Chairman, Publications Review Board

Enclosures:
1. List of required deletions of the rewritten manuscript of *Jawbreaker*
2. Copy of edited pages of the rewritten manuscript of *Jawbreaker*

# List of Required Deletions in the *Jawbreaker* Manuscript

## Chapter One

| Page 1 | Line 17 | Delete the fifth through the eighth words in the line. |
|---|---|---|
| Page 7 | Lines 9-11 | Delete the last three words in line 9 and all of lines 10 and 11. |
| Page 8 | Line 16 | Delete the eighth word in the line. |
| Page 9 | Line 1 | Delete the first word in the line. |
| | Lines 4-7 | Delete all of the lines. |
| | Line 9 | Delete the first word in the line. |
| Page 11 | Line 5 | Delete the eleventh and twelfth words in the line. |
| | Line 17 | Delete the first eight words in the line. |
| Page 18 | Lines 15-23 | Delete the last seven words in line 15 and all of lines 16-23. |
| Page 19 | Lines 19-21 | Delete all of the lines. |
| Page 20 | Lines 3-4 | Delete all of the lines. |
| | Lines 6-7 | Delete the last fifteen words in line 6 and all of line 7. |
| | Line 11 | Delete the third through thirteenth words in the line. |
| | Lines 14-20 | Delete the last ten words in line 14 and all of lines 15-20 |
| Page 21 | Lines 3-4 | Delete the last eight words in line 3 and all of line 4. |
| | Lines 10-15 | Delete the last seven words in line 10 and all of lines 11-15. |
| | Line 20 | Delete all of the line. |
| Page 22 | Line 5 | Delete the first eight words in the line. |
| | Line 12 | Delete the last six words in the line. |
| Page 24 | Line 3 | Delete the sixth and seven words in the line. |
| Page 28 | Lines 12-23 | Delete all of the lines. |
| Page 29 | All lines | Delete all of the page. |
| Page 30 | Lines 1-19 | Delete all of the lines. |
| Page 31 | Lines 3-23 | Delete all of the lines. |
| Page 32 | Lines 1-7 | Delete all of the lines. |
| | Line 8 | Delete the ninth through the eleventh words in the line. |
| | Lines 14-23 | Delete all of the lines. |
| Page 33 | Lines 1-2 | Delete all of the lines. |
| Page 34 | Lines 13-21 | Delete all of the lines. |

## Chapter Two

| Page 40 | Line 2 | Delete the last five words in the line. |
|---|---|---|
| | Lines 6-7 | Delete the last five words in line 6 and all of line 7. |
| | Line 20 | Delete the fifth through seventh words in the line. |
| Page 43 | Line 21 | Delete the third and fourth words in the line. |
| Page 45 | Lines 9-23 | Delete the last twelve words in line 9 and all of lines 10-23. |

| | | |
|---|---|---|
| Page 46 | Lines 1-18 | Delete all of the lines. |
| Page 47 | Line 1 | Delete the fifth word in the line. |
| | Line 19 | Delete the last two words in the line. |
| Page 48 | Line 19 | Delete the sixth word in the line. |
| Page 51 | Line 7 | Delete the first word in the line. |
| | Line 14 | Delete the last two words in the line. |
| | Line 17 | Delete the eleventh word in the line. |
| | Lines 19-20 | Delete the last word in line 19 and the first word in line 20. |
| | Lines 21-23 | Delete all of the lines. |
| Page 52 | Lines 1-12 | Delete all of the lines. |
| | Lines 17-18 | Delete the last six words in line 17 and the first three words in line 18. |

## Chapter Three

| | | |
|---|---|---|
| Page 53 | Lines 18-19 | Delete the last word in line 18 and the first word in line 19. |
| | Lines 23-25 | Delete all of the lines. |
| Page 54-57 | All lines | Delete all of the page. |
| Page 58 | Lines 1-14 | Delete all of the lines.. |
| Page 60 | Line 12 | Delete the third through the fifth words in the line. |
| | Lines 20-21 | Delete the last word in line 20 and the first three words in line 21. |
| Page 61 | Line 3 | Delete the third through the fifth words in the line. |
| Page 62 | Line 11 | Delete the third and fourth words in the line. |
| | Line 18 | Delete the tenth through the twelfth words in the line. |
| | Line 20 | Delete the fourteenth word in the line. |
| Page 63 | Line 8 | Delete the seventh and eighth words in the line. |
| | Line 10 | Delete the third word in the line. |
| Page 64 | Line 4 | Delete the thirteenth word in the line. |
| | Line 22 | Delete the third through the thirteenth words in the line. |
| Page 65 | Lines 1-2 | Delete the last seven words in line 1 and all of line 2. |
| | Lines 4-14 | Delete the last five words in line 4, all of lines 5-13, and the first seven words in line 14. |
| Page 66 | Lines 7-8 | Delete all of line 7 and the first word in line 8. |
| | Lines 10-12 | Delete all of lines 10-11 and the first seven words in line 12. |
| Page 67 | Line 8 | Delete the tenth word in the line. |
| Page 68 | Line 12 | Delete the third word in the line. |
| Page 69 | Line 14 | Delete the sixth word in the line. |
| Page 70 | Line 6 | Delete the penultimate word in the line. |
| Page 71 | Line 16 | Delete the first words in the line. |
| Page 72 | Line 14 | Delete the seventh word in the line. |
| Page 73 | Line 18 | Delete the last word in the line. |

| Page 76 | Line 4 | Delete the eleventh word in the line. |
| --- | --- | --- |
| | Line 15 | Delete the tenth word in the line. |
| | Lines 21-23 | Delete the last eleven words in line 21 and all of lines 22-23. |
| Page 77 | Lines 1-2 | Delete all of line 1 and the first seven words in line 2. |
| | Lines 3-4 | Delete the last two words in line 3 and all of line 4. |
| | Line 5 | Delete the third and fourth words in the line. |
| Page 79 | Line 6 | Delete the fourth word in the line. |
| Page 80 | Line 17 | Delete the first two words in the line. |
| Page 81 | Line 3 | Delete the third word in the line. |
| | Line 7 | Delete the penultimate word in the line. |
| | Line 9 | Delete the eighth and eleventh words in the line. |
| | Line 11 | Delete the fourth and seventh word in the line. |
| | Line 17 | Delete the eighth word in the line. |
| | Line 18 | Delete the seventh and eighth words in the line. |
| Page 82 | Lines 3-4 | Delete the last four words in line 3 and the first word in line 4. |
| | Line 11 | Delete the first word in the line. |
| | Line 17 | Delete the first word in the line. |
| Page 83 | Lines 1-2 | Delete the last nine words in line 1 and the first four words in line 2. |
| | Line 23 | Delete the penultimate word in the line. |
| Page 84 | Line 7 | Delete the third word in the line. |
| | Line 17 | Delete the tenth and eleventh words in the line. You may wish to use "intelligence." |

## Chapter Four

| Page 90 | Line 20 | Delete the third and fourth word in the line. |
| --- | --- | --- |
| | Line 22 | Delete the seventh, eighth, and the tenth through the twelfth words in the line. |
| Page 93 | Line 8 | Delete the second word in the line. |
| Page 95 | Line 12 | Delete the tenth word in the line. |
| | Line 23 | Delete the last two words in the line. |
| Page 96 | Lines 1-2 | Delete all of the lines. |
| | Lines 13-23 | Delete all of the lines. |
| Page 97 | Lines 1-5 | Delete all of lines 1-4 and the first eleven words in line 5. |
| | Lines 7-8 | Delete the last eleven words in line 7 and all of line 8. |
| Page 100 | Lines 12-13 | Delete the last nine words in line 12 and the first word in line 13. |
| | Line 22 | Delete the third word in the line. |
| Page 103 | | |
| | Lines 11-12 | Delete the last seven words in line 11 and all of line 12. |

| Page 104 | Line 3 | Delete the fourth word in the line. |
|---|---|---|
| | Lines 10-12 | Delete the last two words in line 10, all of line 11, and the first four words in line 12. |
| Page 105 | Lines 7-8 | Delete the last five words in line 7 and all of line 8. |
| | Line 12 | Delete the seven words in the line. |
| Page 108 | Line 9 | Delete the last two words in the line. |
| Page 109 | Lines 6-7 | Delete all of line 6 and the first word in line 7. |
| | Line 10 | Delete the fifth word in the line. |
| | Line 21 | Delete the third word in the line. |
| Page 110 | Lines 21-23 | Delete the last seven words in line 21, all of line 22, and the first ten words in line 23. |

## Chapter Five

| Page 115 | Lines 16-23 | Delete all of the lines. |
|---|---|---|
| Page 117 | Line 18 | Delete the second through the fourth and the tenth and eleventh words in the line. |
| | Line 20 | Delete the first two words in the line. |
| Page 118 | Lines 15-23 | Delete all of the lines. |
| Page 122 | Line 9 | Delete the fourteenth word in the line. |
| Page 128 | Line 8 | Delete the third and fourth words in the line. |
| | Line 12 | Delete the eighth word in the line. |
| | Line 17 | Delete the fifth word in the line. |
| | Line 21 | Delete the first word in the line. |

## Chapter Six

| Page 130 | Line 3 | Delete the last word in the line. |
|---|---|---|
| | Lines 7-8 | Delete the last eleven words in line 7 and the first word in line 8. |
| Page 132 | Line 1 | Delete the first and second words in the line. |
| Page 133 | Line 17 | Delete the last eight words in this line. |
| | Line 23 | Delete the last twelve words in the line. |
| Page 134 | Lines 1-3 | Delete all of lines 1-2 and the first three words in line 3. |
| | Line 13 | Delete the first word in the line. |
| | Line 14 | Delete the tenth and eleventh words in the line. |
| | Line 15 | Delete the last eight words in the line. |
| | Line 16 | Delete the third word in the line. |
| | Line 21 | Delete the first six words in the line. |
| Page 135 | Line 1 | Delete the third through the eighth words in the line. |
| | Line 3 | Delete the first, fourth, and fifth words in the line. |
| | Line 6 | Delete the seventh and eighth words in the line. |
| | Line 9 | Delete the first word in the line. |

|  |  |  |
|---|---|---|
|  | Line 10 | Delete the sixth and seventh words in the line. |
|  | Line 12 | Delete the last nine words in the line. |
| **Page 136** | Line 3 | Delete the fifth and sixth words in the line. |
| **Page 139** | Line 4 | Delete the tenth word in the line. |
|  | Line 5 | Delete the third through the eighth words in the line. |
|  | Line 15 | Delete the third word in the line. |
| **Page 141** | Line 21 | Delete the tenth word in the line. |
| **Page 142** | Line 1 | Delete the first two words in the line. |
|  | Line 3 | Delete the last word in the line. |
|  | Line 4 | Delete the first and the sixth through the eighth words in the line. |
|  | Line 5 | Delete the last two words in the line. |
|  | Line 6 | Delete the eleventh word in the line. |
|  | Line 7 | Delete the first four words in the line. |
|  | Line 9 | Delete the first word in the line. |
|  | Line 14 | Delete the thirteenth and fourteenth words in the line. |
|  | Line 15 | Delete the seventh word in the line. |
| **Page 144** | Lines 9-11 | Delete all of the lines. |
|  | Line 23 | Delete the last twelve words in the line. |
| **Page 145** | Lines 1-8 | Delete all of the lines. |
|  | Line 15 | Delete the second word in the line. |
|  | Lines 19-20 | Delete the last twelve words in line 19 and all of line 20. |
| **Page 148** | Line 4 | Delete the first word in the line. |
|  | Line 5 | Delete the second and third words in the line. |
|  | Line 6 | Delete the twelfth word in the line. |
|  | Line 9 | Delete the second word in the line. |
|  | Line 12 | Delete all of the line |
|  | Line 17 | Delete the first word in the line. |
| **Page 149** | Line 1 | Delete the fifth and sixth words in the line. |
|  | Line 5 | Delete the first two and the last words in the line. |
|  | Line 6 | Delete the first and ninth through twelfth words in the line. |
|  | Line 9 | Delete the fourth and sixth words in the line. |
|  | Lines 17-23 | Delete all of the lines. |
| **Page 151** | Line 17 | Delete the tenth word in the line. |
|  | Line 18 | Delete the third and fourth words in the line. |
|  | Line 19 | Delete the sixth word in the line. |
|  | Line 23 | Delete the first word in the line. |
| **Page 152** | Line 13 | Delete the seventh and eighth words in the line. |
|  | Line 16 | Delete the third word in the line. |
|  | Line 17 | Delete the fifteenth word in the line. |
|  | Line 20 | Delete the penultimate word in the line. |
| **Page 153** | Line 6 | Delete the first word in the line. |
|  | Lines 10-13 | Delete all of the lines. |

## Chapter Seven

| Page 154 | Line 124 | Delete the last word in the line. |
|---|---|---|
| Page 155 | Line 1 | Delete the first two words in the line. |
| | Lines 4-5 | Delete last four words of line 4 and all of line 5. |
| | Line 6 | Delete the last nine words in the line. |
| | Line 7 | Delete the last two words in the line. |
| | Lines 10-12 | Delete all of the lines. |
| Page 156 | Lines 9-23 | Delete all of the lines. |
| Page 157 | Lines 9-15 | Delete the last ten words in line 9 and all of lines 10-15. |
| | Line 16 | Delete the third word in the line. |
| Page 158 | Line 3 | Delete the second word in the line. |
| | Line 15 | Delete the penultimate word in the line. |
| | Line 23 | Delete the last two words in the line. |
| Page 159 | Line 1 | Delete the eighth word in the line. |
| | Lines 8-23 | Delete all of the lines. |
| Page 160 | All lines | Delete all of the page. |
| Page 161 | Lines 1-5 | Delete all of the lines. |
| | Line 6 | Delete the first word in the line. |
| | Line 16 | Delete the first word in the line. |
| | Line 18 | Delete the first, second, and ninth words in the line. |
| Page 162 | Line 16 | Delete the sixth, seventh, and twelfth words in the line. |
| | Line 18 | Delete the tenth and eleventh words in the line. |
| Page 164 | Line 5 | Delete the penultimate word in the line. |
| | Line 7 | Delete the second word in the line. |
| | Line 11 | Delete the second word in the line. |
| | Line 14 | Delete the first word in the line. |
| Page 165 | Line 2 | Delete the first word in the line. |
| | Line 6 | Delete the fifth and sixth words in the line. |
| | Line 7 | Delete the seventh word in the line. |
| | Line 8 | Delete the third word in the line. |

## Chapter Eight

| Page 167 | Line 8 | Delete the third word in the line. |
|---|---|---|
| Page 170 | Line 2-3 | Delete the last word in line 2 and the first three words in line 3. |
| Page 177 | Line 22 | Delete the seventh word in the line. |
| Page 178 | Line 3 | Delete the first word in the line. |
| | Line 10 | Delete the fourth word in the line. |
| | Line 12 | Delete the first word in the line. |
| | Line 15 | Delete the second word in the line. |
| | Line 18 | Delete the first word in the line. |
| | Line 19 | Delete the first two words in the line. |

| Page 179 | Lines 16-20 | Delete all of the lines. |
| --- | --- | --- |
|  | Line 21 | Delete the third, eighth, and ninth words in the line. |
| Page 180 | Line 3 | Delete the fifth word in the line. |
|  | Line 4 | Delete the last two words in the line. |
|  | Lines 7-19 | Delete all of the lines. |
| Page 181 | Line 3 | Delete the first word in the line. |
|  | Line 8 | Delete the fourth through the sixth words in the line. |
|  | Line 12 | Delete the first two words in the line. |
|  | Line 19 | Delete the first word in the line. |
| Page 182 | Line 3 | Delete the first two words in the line. |
|  | Lines 17-19 | Delete all of the lines. |
| Page 183 | Lines 13-14 | Delete the last seven words in lines 13 and the first four words in line 14. |
|  | Lines 21-23 | Delete all of the lines. |
| Page 184 | Lines 1-6 | Delete all of the lines. |
|  | Lines 8-9 | Delete all of the lines. |
|  | Line 12 | Delete the eighth word in the line. |
|  | Line 19 | Delete the first two words in the line. |
| Page 185 | Line 5 | Delete the sixth word in the line. |
|  | Line 7 | Delete the second word in the line. |
|  | Line 9 | Delete the penultimate word in the line. |
| Page 186 | Line 14 | Delete the fourth through the sixth words in the line. |
|  | Line 15 | Delete the penultimate word in the line. |
|  | Line 16 | Delete the first word in the line. |
| Page 187 | Line 7 | Delete the ninth word in the line. |
| Page 189 | Line 3 | Delete the fifth word in the line. |
|  | Line 4 | Delete the last word in the line. |
|  | Line 5 | Delete the twelfth word in the line. |
|  | Lines 7-11 | Delete all of the lines. |
|  | Line 12 | Delete the first word in the line. |
|  | Lines 13-23 | Delete all of the lines. |
| Page 190 | Lines 1-2 | Delete all of the lines. |
|  | Line 3 | Delete the first word in the line. |
|  | Line 5 | Delete the first word in the line. |
|  | Lines 7-9 | Delete the last word in line 7 and all of lines 8-9. |
|  | Lines 11-12 | Delete the last word in line 11 and the first word in line 12. |
|  | Line 13 | Delete the first word in the line. |
| Page 192 | Lines 4-5 | Delete all of the lines. |

## Chapter Nine

| | | |
|---|---|---|
| Page 193 | Line 11 | Delete the eighth through the tenth words in the line. |
| | Line 12 | Delete the fifth and sixth words in the line. |
| | Lines 16-22 | Delete all of the lines. |
| | Line 23 | Delete the seventh word in the line. |
| Page 194 | Lines 1-3 | Delete the last eleven words in line 1 and all of lines 2-3. |
| | Line 4 | Delete the sixth word in the line. |
| | Lines 9-10 | Delete all of the lines |
| Page 195 | Line 12 | Delete the last three words in the line. |
| | Line 16 | Delete the second word in the line. |
| Page 196 | Line 1 | Delete the fourth word in the line. |
| | Line 4 | Delete the eleventh word the line. |
| | Line 6 | Delete the fourth word in the line. |
| | Line 9 | Delete the tenth word in the line. |
| | Line 12 | Delete the fifth word in the line. |
| | Lines 14-15 | Delete the last eight words in line 14 and all of line 15. |
| Page 197 | Line 22 | Delete all of the line. |
| Page 198 | Line 1 | Delete the fifth word in the line. |
| | Line 4 | Delete the first, penultimate, and last words in the line. |
| | Line 6 | Delete all of the line. |
| | Line 7 | Delete the first two words in the line. |
| | Line 10 | Delete the first word in the line. |
| | Line 14 | Delete the last word in the line. |
| | Lines 16-17 | Delete the last four words in line 16 and the first word in line 17. |
| | Line 19 | Delete the ninth, penultimate, and last words in the line. |
| | Lines 21-22 | Delete all of line 21 and the first five words in line 22. |
| Page 199 | Line 3 | Delete the first word in the line. |
| | Line 7 | Delete the penultimate word in the line. |
| | Line 9 | Delete the first word in the line. |
| | Line 10 | Delete the fifth word in the line. |
| | Line 11 | Delete the ninth word in the line. |
| | Line 14 | Delete the penultimate word in the line. |
| | Line 18 | Delete the first two words in the line. |
| | Line 19 | Delete the tenth word in the line. |
| Page 200 | Lines 1-2 | Delete the last word in line 1 and the first word in line 2. |
| | Lines 4-5 | Delete all of the lines. |
| | Line 8-9 | Delete the last four words in line 8 and all of line 9. |
| | Lines 10-12 | Delete the last ten words in line 10 and all of lines 11-12. |

|  |  |  |
|---|---|---|
|  | Line 16 | Delete the first ten words in the line. |
|  | Line 19 | Delete the thirteenth word in the line. |
| Page 201 | Line 5 | Delete the tenth word in the line. |
|  | Lines 12-13 | Delete the fourth, fifth, and last four words in line 12 and the first two words in line 13. |
|  | Line 20 | Delete the first ten words in the line. |
| Page 202 | Line 2 | Delete the last four words in the line. |
|  | Line 4 | Delete the last word in the line. |
|  | Line 5 | Delete the first and fifth words in the line. |
|  | Lines 17-18 | Delete the last three words in line 17 and all of line 18. |
| Page 203 | Line 2 | Delete the last eight words in the line. |
|  | Line 5 | Delete the first word in the line. |
|  | Lines 7-15 | Delete the last eight words in line 7 and all of lines 8-15. |
| Page 204 | Lines 4-13 | Delete all of the lines. |
|  | Line 16 | Delete the last word in the line. |

## Chapter Ten

|  |  |  |
|---|---|---|
| Page 206 | Line 14 | Delete the second and third words in the line. |
| Page 208 | Lines 4-23 | Delete all of the lines. |
| Page 209 | Lines 1-21 | Delete all of the lines. |
| Page 210 | Lines 1-9 | Delete the last nine words in line 1, all of lines 2-8 and the first three words of line 9. |
| Page 211 | Lines 16-23 | Delete all of the lines. |
| Page 212 | Lines 1-2 | Delete all of the lines. |
|  | Line 14 | Delete the second word in the line. |
|  | Line 18 | Delete the tenth word in the line. |
| Page 214 | Line 4 | Delete the first word in the line. |
|  | Line 11 | Delete all of the line. |
|  | Line 19 | Delete the first word in the line. |
|  | Line 21 | Delete the twelfth word in the line. |
| Page 216 | Line 4 | Delete the second through the fifth words in the line. |
|  | Lines 7-9 | Delete all of the lines. |
| Page 218 | Line 4 | Delete the thirteenth and fourteenth words in the line. |
|  | Line 20 | Delete the first two words in the line. |
| Page 219 | Line 3 | Delete the first two words in the line. |
|  | Line 11 | Delete the fifth and sixth words in the line. |
|  | Line 20 | Delete the third and fourth words in the line. |
| Page 221 | Line 7 | Delete the last word in the line. |
|  | Line 11 | Delete the third word in the line. |
|  | Line 15 | Delete the fourth word in the line. |
|  | Line 19 | Delete the first word in the line. |
|  | Line 21 | Delete the seventh word in the line. |

| Page 222 | Line 1 | Delete the second word in the line. |
|---|---|---|
|  | Line 3 | Delete the last word in the line. |
|  | Line 7 | Delete the twelfth word in the line. |
|  | Line 10 | Delete the fourth word in the line. |
|  | Line 12 | Delete the first word in the line. |
|  | Line 16 | Delete the ninth word in the line. |
| Page 223 | Line 9 | Delete the penultimate word in the line. |
| Page 224 | Line 9 | Delete the seventh word in the line. |
|  | Line 20 | Delete the ninth word in the line. |
| Page 225 | Line 1 | Delete the third word in the line. |
|  | Line 5 | Delete the eighth word in the line. |
|  | Line 6 | Delete the third and fourth words in the line. |
|  | Line 8 | Delete the fifth word in the line. |
|  | Line 10 | Delete the sixth and seventh words in the line. |
|  | Line 14 | Delete the second word in the line. |
|  | Line 19 | Delete the first word in the line. |
|  | Line 23 | Delete the second word in the line. |
| Page 226 | Line 10 | Delete the penultimate word in the line. |
|  | Line 13 | Delete the third word in the line. |
|  | Line 20 | Delete the first word in the line. |
| Page 227 | Lines 2-3 | Delete all of the lines. |
|  | Line 15 | Delete the eighth word in the line. |
|  | Line 18 | Delete the fifth word in the line. |

## Chapter Eleven

| Page 230 | Line 11 | Delete the tenth word in the line. |
|---|---|---|
| Page 231 | Line 11 | Delete the third, fourth, and the last three words in the line. |
|  | Lines 12-14 | Delete all of the lines. |
| Page 232 | Line 4 | Delete the tenth word in the line. |
| Page 233 | Line 17 | Delete the second word in the line. |
|  | Line 20 | Delete the sixth and seventh words in the line. |
| Page 234 | Line 10 | Delete the sixth word in the line. |
|  | Line 15 | Delete the ninth word in the line. |
| Page 235 | Line 17 | Delete the fourth word in the line. |
|  | Line 21 | Delete the fourth word in the line. |
| Page 236 | Line 5 | Delete the first word in the line. |
|  | Line 9 | Delete the first word in the line. |
|  | Line 18 | Delete the fifth word in the line. |
|  | Line 19 | Delete the twelfth word in the line. |
| Page 237 | Line 18 | Delete the second word in the line. |
| Page 238 | Line 4 | Delete the seventh and eighth words in the line. |

| Page 239 | Line 1 | Delete the third word in the line. |
|---|---|---|
| | Line 13 | Delete the twelfth and thirteenth words in the line. |
| | Lines 18-21 | Delete all of the lines. |
| Page 240 | Lines 17-19 | Delete the last five words in line 17 and all of lines 18-19. |
| | Line 21 | Delete the seventh word in the line. |
| Page 241 | Lines 8-9 | Delete the last six words in line 8 and the first five words in line 9. |
| | Line 16 | Delete all of the line. |
| Page 243 | Line 6 | Delete the thirteenth word in the line. |
| Page 246 | Line 10 | Delete the penultimate word in the line. |
| | Line 16 | Delete the last word in the line. |
| Page 247 | Line 2 | Delete the penultimate word in the line. |
| | Line 20 | Delete the fifth and sixth words in the line. |
| | Line 23 | Delete the last word in the line. |
| Page 248 | Line 1 | Delete the first word in the line. |
| | Line 2 | Delete the last two words in the line. |
| | Line 3 | Delete the twelfth and thirteenth words in the line. |
| | Line 6 | Delete the thirteenth word in the line. |
| | Line 7 | Delete the sixth through the eighth words in the line. |
| | Line 9 | Delete the second word in the line. |
| | Lines 10-13 | Delete the last nine words in line 10, all of lines 11-12, and the first word in line 13. |
| | Lines 16-18 | Delete the last eight words in line 16 and all of lines 17-18. |
| | Line 20 | Delete all of the line. |
| Page 250 | Line 1 | Delete the tenth through the thirteenth words in the line. |
| | Line 8 | Delete the eleventh and twelfth words in the line. |
| | Line 20 | Delete the sixth word in the line. |
| Page 251 | Line 18 | Delete the third through the sixth words in the line. |
| | Line 21 | Delete the fourth and fifth words in the line. |

## Chapter Twelve

| Page 253 | Line 12 | Delete the second word in the line. |
|---|---|---|
| Page 254 | Line 6 | Delete the third, fourth, and the sixth through the ninth words in the line. |
| Page 255 | Line 8 | Delete the seventh word in the line. |
| | Lines 12-15 | Delete all of the lines. |
| Page 256 | Line 5 | Delete all of the line. |
| | Lines 7-21 | Delete all of the lines. |

| | | |
|---|---|---|
| Page 257 | Lines 1-10 | Delete all of the lines. |
| | Lines 12-18 | Delete all of the lines. |
| | Lines 20-21 | Delete all of the lines. |
| Page 258 | Lines 17-18 | Delete the last five words in line 17 and all of line 18. |
| | Line 19 | Delete the first five and the last five words in the line. |
| | Lines 20-23 | Delete all of the lines. |
| Page 259 | Lines 13-15 | Delete all of the lines. |
| Page 260 | Lines 2-5 | Delete the last nine words in line 2 and all of lines 3-5. |
| Page 261 | Lines 4-5 | Delete the last twelve words in line 4 and the first thirteen words in line 5. |
| | Line 10 | Delete the penultimate word in the line. |
| | Lines 13-14 | Delete all of the lines. |
| Page 262 | Lines 2-3 | Delete all of the lines. |
| | Line 7 | Delete the penultimate word in the line. |
| Page 264 | Lines 22-23 | Delete the last three words in line 22 and all of line 23. |
| Page 265 | Lines 1-8 | Delete all of the lines. |
| | Line 9 | Delete the first two words in the line. |
| | Line 10 | Delete the seventh word in the line. |
| | Lines 13-20 | Delete all of the lines. |
| Page 266 | Lines 6-9 | Delete all of the lines. |
| Page 268 | Lines 18-19 | Delete the last word in line 18 and the first two words in line 19. |
| | Lines 22-23 | Delete all of the lines. |
| Page 269 | Line 5 | Delete the fifth and sixth words in the line. |
| Page 270 | Lines 8-11 | Delete all of the lines. |
| | Lines 14-15 | Delete the last word in line 14 and the first word in line 15. |
| Page 271 | Line 1 | Delete the second and third words in the line. |
| | Line 11 | Delete the eighth word in the line. |
| | Lines 14-15 | Delete the last two words in line 14 and the first ten words in line 15 |
| Page 273 | Lines 14-15 | Delete the last ten words in line 14 and the first five words in line 15. |
| Page 275 | Line 16 | Delete the last three words in the line. |
| | Line 17 | Delete the first three and the last three words in the line. |
| | Line 18 | Delete all of the line. |
| | Lines 20-21 | Delete all of the lines. |
| Page 276 | Line 1 | Delete all of the line. |

## Chapter Thirteen

| Page 282 | Lines 7-8 | Delete all of the words. |
|---|---|---|
|  | Line 16 | Delete the second and third words in the line. |
|  | Line 17 | Delete the first two words in the line. |
|  | Line 19 | Delete the penultimate word in the line. |
|  | Line 22 | Delete the first two words in the line. |
| Page 283 | Line 1 | Delete the fifth and sixth words in the line. |
|  | Line 12 | Delete the last two words in the line. |
| Page 284 | Line 18 | Delete the eighth word in the line. |
|  | Lines 21-23 | Delete all of the lines. |
| Page 285 | All lines | Delete all of the page. |
| Page 286 | Lines 1-12 | Delete all of the lines. |
|  | Line 18 | Delete the last word in the line. |
| Page 287 | Line 12 | Delete the penultimate word in the line. |
| Page 288 | Line 1 | Delete the ninth through the eleventh words in the line. |
|  | Lines 2-4 | Delete the last eight words in line 2, all of line 3, and the first five words in line 4. |
|  | Line 13 | Delete the fifth through the seventh words in the line. |
|  | Line 21 | Delete the fourteenth word in the line. |
| Page 289 | Lines 12-18 | Delete all of the lines. |
| Page 290 | Line 21 | Delete the ninth word in the line. |
|  | Line 22 | Delete the seventh word in the line. |
| Page 292 | Line 9 | Delete the second and third words in the line. |

## Chapter Fourteen

| Page 293 | Lines 15-16 | Delete the last six words in line 15 and the first nine words in line 16. |
|---|---|---|
| Page 296 | Lines 3-4 | Delete all of the lines. |
|  | Line 10 | Delete the last word in the line. |
|  | Lines 13-15 | Delete the last two words in line 13 and all of lines 14-15. |
| Page 297 | Line 1 | Delete the thirteenth word in the line. |
| Page 298 | Line 13 | Delete the last six words in the line. |
|  | Lines 14-23 | Delete all of the lines. |
| Page 299 | Lines 15-16 | Delete the last five words in line 15 and the first word in line 16. |
|  | Line 20 | Delete the ninth through the eleventh words in the line. |
|  | Lines 21-23 | Delete the last eight words in line 21 and all of lines 22-23. |
| Page 300 | Lines 1-2 | Delete all of the lines. |
|  | Lines 4-6 | Delete all of the lines. |
|  | Line 7 | Delete the last word in the line. |

|  | Line 8 | Delete the first and the fourth through the sixth words in the line. |
|---|---|---|
|  | Line 9 | Delete the sixth, seventh, ninth, and tenth words in the line. |
|  | Line 12 | Delete the second word in the line. |
|  | Line 16 | Delete the last word in the line. |
| Page 302 | Lines 7-23 | Delete all of the lines.. |
| Page 303 | Lines 1-8 | Delete all of the lines. |
| Page 307 | Lines 1-3 | Delete the last five words in line 1 and all of lines 2-3. |
|  | Lines 10-23 | Delete all of the lines. |
| Page 308 | Lines 2-4 | Delete all of the lines. |

## Chapter Fifteen

| Page 310 | Lines 12-17 | Delete the last five words in line 12 and all of lines 13-17. |
|---|---|---|
|  | Line 22 | Delete the third word in the line. |
| Page 311 | Lines 16-17 | Delete the last twelve words in line 16 and all of line 17. |
|  | Lines 18-19 | Delete all of line 18 and the first four words in line 19. |
|  | Lines 21-22 | Delete all of the lines. |
| Page 312 | All lines | Delete all of the page. |
| Page 313 | Lines 1-2 | Delete all of the lines. |
|  | Line 9 | Delete the last word in the line. |
|  | Lines 15-18 | Delete all of the lines. |
| Page 314 | Lines 7-8 | Delete the last four words in line 7 and the first five words in line 8. |
|  | Lines 14-17 | Delete all of the lines. |
| Page 315 | Line 13 | Delete the ninth and tenth words in the line. |
| Page 316 | Line 6 | Delete the fourth word in the line. |
| Page 317 | Line 13 | Delete the eighth word in the line. |
| Page 318 | Line 13 | Delete the twelfth and thirteenth words in the line. |
|  | Line 17 | Delete the first and second words in the line. |
|  | Line 18 | Delete the twelfth and thirteenth words in the line. |
| Page 319 | Line 1 | Delete the third and fourth words in the line. |
|  | Line 2 | Delete the sixth and seventh words in the line. |
|  | Line 5 | Delete the last word in the line. |
|  | Line 6 | Delete the first word in the line. |
|  | Line 8 | Delete the fourth, fifth, and seventh words in the line. |

## Chapter Sixteen

| Page 322 | Line 4 | Delete the sixth and seventh words in the line. |
|---|---|---|
|  | Lines 16-17 | Delete the last two words in line 16 and the first word in line 17. |

| Page 327 | Line 6 | Delete the eleventh and twelfth words in the line. |
| | Line 9 | Delete the third and fourth words in the line. |
| | Line 21 | Delete the seventh and eighth words in the line. |
| Page 328 | Line 1 | Delete the last word in the line. |
| | Line 14-17 | Delete all of the lines. |

## Chapter Seventeen

| Page 331 | Line 12 | Delete the last two words in the line. |
| | Line 16 | Delete the first two words in the line. |
| | Line 22 | Delete the tenth and eleventh words in the line. |
| Page 334 | Line 23 | Delete the last three words in the line. |
| Page 335 | Line 1 | Delete the first seven words in the line. |
| Page 336 | Lines 9-11 | Delete the last three words in line 9 and all of lines 10-11. |
| | Lines 15-16 | Delete all of line 15 and the first six words in line 16. |
| | Line 20 | Delete the last word in the line. |
| | Lines 21-23 | Delete the last eleven words in line 21 and all of lines 22-23. |
| Page 337 | Lines 8-10 | Delete the last five words in line 8, all of line 9, and the first two words in line 10. |
| | Lines 14-22 | Delete all of the lines. |
| Page 338 | Lines 1-5 | Delete all of the lines. |
| Page 340 | Line 1 | Delete the twelfth word in the line. |
| | Lines 13-14 | Delete the last eleven words in line 13 and all of line 14. |
| | Line 15 | Delete the fourth, tenth, and eleventh words in the line. |
| | Line 21 | Delete the ninth through the eleventh words in the line. |
| Page 341 | Lines 6-22 | Delete the last two words in line 6, all of lines 7-21, and the first seven words in line 22. |
| Page 342 | Lines 1-2 | Delete all of the lines. |
| | Line 5 | Delete the last three words in the line. |
| Page 343 | Line 3 | Delete the eleventh and twelfth words in the line. |
| | Line 6 | Delete the fifth and sixth words in the line. |
| | Line 13 | Delete the second and third words in the line. |
| Page 344 | Line 3 | Delete the first two words in the line. |
| | Lines 6-7 | Delete the last ten words in line 6 and first five words in line 7. |
| Page 345 | Line 1 | Delete the fifth through the seventh words in the line. |
| | Line 10 | Delete the sixth word in the line. |
| | Line 15 | Delete the second and third words in the line. |
| Page 347 | Lines 5-22 | Delete the last eleven words in line 5 and all of lines 6-22. |
| Page 348 | Lines 1-4 | Delete all of the lines. |
| | Lines 6-9 | Delete all of the lines. |

## Chapter Eighteen

| | | |
|---|---|---|
| Page 349 | Lines 1-24 | Delete all of the lines. |
| Page 350 | Lines 1-5 | Delete all of the lines. |
| | Line 7 | Delete the fifth word in the line. |
| | Lines 9-11 | Delete the last nine words in line 9, all of line 10, and the first twelve words in line 11. |
| | Line 15 | Delete the second word in the line. |
| | Line 19 | Delete the eighth word in the line. |
| | Lines 20-22 | Delete the last five words in line 20 and all of lines 21-22. |
| Page 351 | Lines 1-3 | Delete all of the lines. |
| | Line 10 | Delete the seventh and eighth words in the line. |
| | Line 16 | Delete the last two words in the line. |
| | Line 19 | Delete the seventh word in the line. |
| Page 352 | Lines 12-22 | Delete all of the lines. |
| Page 353 | Lines 1-7 | Delete all of the lines. |
| | Line 9 | Delete the third word in the line. |
| Page 354 | Lines 6-8 | Delete the last ten words in line 6, all of line 7, and the first seven words in line 8. |
| | Line 21 | Delete the seventh and eighth words in the line. |
| | Lines 22-23 | Delete the last word in line 22 and the first word in line 23. |
| Page 355 | Line 2 | Delete the tenth and eleventh words in the line. |
| | Line 6 | Delete the first two words in the line. |
| | Line 12 | Delete the first two words in the line. |
| Page 357 | Line 7 | Delete the ninth and tenth words in the line. |
| | Line 9 | Delete the last two words in the line. |
| | Line 11 | Delete the third word in the line. |
| | Line 13 | Delete the first word in the line. |
| | Line 15 | Delete the first two words in the line. |
| Page 358 | Line 6 | Delete the fifth through the tenth words in the line. |
| | Line 8 | Delete the ninth word in the line. |
| | Line 15 | Delete the last six words in the line. |
| | Line 16 | Delete the eighth, ninth, and fourteenth words in the line. |
| Page 360 | Lines 13-21 | Delete all of the lines. |
| Page 361 | Lines 1-3 | Delete all of the lines. |
| | Lines 19-23 | Delete all of the lines. |
| Page 362 | Lines 1-13 | Delete all of the lines. |
| | Lines 15-16 | Delete all of the lines. |
| | Line 23 | Delete the last seven words in the line. |

| Page 363 | Line 1 | Delete the first six words in the line. |
|---|---|---|
|  | Lines 18-23 | Delete all of the lines. |
| Page 364 | Lines 1-5 | Delete all of the lines. |

## Chapter Nineteen

| Page 365 | Line 18 | Delete the fourth through the sixth and the penultimate words in the line. |
|---|---|---|
| Page 367 | Line 12 | Delete the fourth and fifth words in the line. |
|  | Line 18 | Delete the second and third words in the line. |
| Page 368 | Line 9 | Delete the sixth and seventh words in the line. |
|  | Line 11 | Delete the third and fourth words in the line. |
|  | Lines 12-13 | Delete the last two words in line 12 and the first six words in line 13. |
| Page 370 | Line 8 | Delete the fourth and fifth words in the line. |
|  | Lines 13-23 | Delete all of the lines. |
| Page 371 | Lines 1-9 | Delete all of the lines. |
|  | Line 14 | Delete the third and fourth words in the line. |
| Page 372 | Line 16 | Delete the seventh word in the line. |
|  | Lines 21-22 | Delete the last word in line 21 and the first word in line 22.. |
| Page 373 | Lines 1-4 | Delete all of the lines. |
|  | Lines 19-20 | Delete the last seven words in line 19 and all of line 20. |
|  | Line 21 | Delete the first and seventh words in the line. |
| Page 374 | Line 5 | Delete the ninth through the eleventh words in the line. |
|  | Line 20 | Delete all of the line. |
| Page 378 | Lines 20-21 | Delete the last five words in line 20 and all of line 21. |
|  | Lines 22-23 | Delete all of the lines. |
| Page 381 | Lines 16-17 | Delete all of the lines |
| Page 382 | Lines 12-23 | Delete the last eleven words in line 12 and all of lines 13-23. |
| Page 383 | All lines | Delete all of the page. |
| Page 384 | All lines | Delete all of the page. |

## Chapter Twenty

| Page 388 | Lines 4-10 | Delete the last nine words in line 4 and all of lines 5-10. |
|---|---|---|
| Page 389 | Line 16 | Delete the third and the last five words in the line. |
|  | Lines 17-18 | Delete all of line 17 and the first five words in line 18. |

## Chapter Twenty-One

| Page 393 | Line 18 | Delete the last word in the line. |
|---|---|---|
|  | Lines 19-20 | Delete the last nine words in line 19 and the first fourteen words in line 20. |
| Page 395 | Lines 3-4 | Delete the last seven words in line 3 and the first word in line 4. |