UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>Defendant. ) | Civil Action No: 05CV1482 (CCK) |

**PLAINTIFF S NOTICE OF WITHDRAWAL
OF RENEWED MOTION FOR PRELIMINARY INJUNCTION**

NOW COMES Plaintiff, Gary Bernsten, by and through undersigned counsel, and hereby gives notice of his withdrawal of his Renewed Motion for Preliminary Injunction on the grounds that Defendant delivered a redacted copy of his manuscript to him on the afternoon of October 19, 2005 rendering his referenced motion moot.

Respectfully submitted,

_____/s/_____
Roy W. Krieger
D.C. Bar# 375754
KRIEGER & ZAID, PLLC
1920 N Street, N.W., Suite 300
Washington, D.C. 20036
(202) 223-9050

Counsel For Plaintiff