UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNSTEN, <br><br> Plaintiff, <br><br> v. <br><br> THE CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 1:05cv01482-CKK |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of August 29, 2005, the parties now submit this Joint Status Report discussing how the instant action should proceed.

The parties agree that Plaintiff's Complaint seeking to compel Defendant the Central Intelligence Agency ("CIA") to complete its review of Plaintiff's manuscript is now moot. Plaintiff anticipates, however, that he will seek to amend his Complaint to challenge at least some of the CIA's classification decisions as to Plaintiff's manuscript.[1] The parties also agree that such an Amended Complaint could be resolved with dispositive motions. The parties respectfully suggest the Court Order that:

- Plaintiff shall move for leave to amend his Complaint, and file a Proposed Amended Complaint, on or before November 15, 2005;

---

[1] As Plaintiff has noted in his now-withdrawn Motions for Preliminary Injunction, he believes he also has as-yet unpled claims against Defendant pursuant to the Federal Tort Claims Act. Plaintiff has presented, and recently amended, such a claim administratively to Defendant.

- Defendant shall answer Plaintiff's Amended Complaint on or before December 5, 2005, or within 15 days after Plaintiff's motion for leave to amend his Complaint is granted, whichever occurs later.

This proposed schedule incorporates two weeks for classification review by the CIA of Plaintiff's pleadings before they are filed with the Court.

Dated: October 20, 2005

Respectfully submitted,

    /s/ Roy W. Krieger (by permission)
ROY W. KRIEGER D.C. Bar #375754
KRIEGER & ZAID, PLLC
1920 N St., NW Suite 300
(202) 223-9050

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.: (202) 318-7609
Email:  Steven.Bressler@USDOJ.gov

Counsel for Defendant