UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>Defendant. ) | Civil Action No: 05CV1482 (CCK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT**

NOW COMES Plaintiff, Gary Bernsten, by and through undersigned counsel, pursuant to Rule 15, Fed.R.Civ.Proc., and moves this Honorable Court for leave to file his accompanying Amended Complaint.

In support thereof, Plaintiff avers as follows:

Plaintiff filed his original Complaint in this action on or about July 28, 2005. Defendant filed its Answer on or about September 30, 2005.

Plaintiff's original Complaint sought relief from Defendant's improper delay in returning his draft manuscript for publication.

Defendant subsequently returned said manuscript to Plaintiff in final redacted form on or about October 19, 2005. Because of his December 27, 2005 revised publishing deadline, Plaintiff determined to proceed with this redacted manuscript. This mooted the relief sought in Plaintiff's original Complaint.

Plaintiff anticipates a subsequent paperback edition of his manuscript in 2006. Because the redacted portions reflect information improperly classified, in-whole or in-part, by Defendant, Plaintiff continues to suffer harm which is pled in his Amended Complaint.

Pursuant to LCvR 7.1, undersigned counsel contacted counsel for Defendant on November 15, 2005 who advised that Defendant would not oppose the instant motion.

WHEREFORE, Plaintiff prays this Honorable Court grant his instant motion and permit him to file his accompanying Amended Complaint.

Respectfully submitted,

Roy W. Krieger
D.C. Bar# 375754
KRIEGER & ZAID, PLLC
1920 N Street, N.W., Suite 300
Washington, D.C. 20036
(202) 223-9050

Counsel For Plaintiff