UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY BERNTSEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05cv01482-CKK |
| THE CENTRAL INTELLIGENCE AGENCY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE
TO EXTEND SUMMARY JUDGMENT DEADLINES BY TWO WEEKS**

Defendant the Central Intelligence Agency ("CIA"), by and through undersigned counsel, respectfully moves this Court to amend the summary judgment briefing schedule set by the Court on February 17, 2002 (Docket Entry No. 22) to extend all deadlines by two weeks.

Good cause exists for this Motion. Plaintiff's Amended Complaint purports to challenge numerous classification determinations made by the CIA throughout plaintiff's approximately 400-page manuscript. In response, the CIA is in the process of preparing its motion for summary judgment and, inter alia, a classified submission that will explain in detail why all of the CIA's classification determinations were proper under the governing authority. Due to the complexity of this task, the level of detail required, and competing demands on the time and resources of undersigned counsel and CIA employees, an additional two weeks is requested to complete the defendant's summary judgment submission. In addition, undersigned counsel, who is primarily responsible for representing defendant in this action, will be on leave from April 12 through April 16, 2006, due to a religious holiday.

Accordingly, defendant requests that the Court extend the deadline for defendant's dispositive motion from April 14, 2006, to April 28, 2006; extend the deadline for plaintiff's response from May 26, 2006, to June 9, 2006; and extend the deadline for defendant's reply from June 23, 2006, to July 7, 2006.  The granting of this motion would not affect any other currently set deadlines in this action.

Neither party has previously sought or received any extension of time in this case.

Undersigned counsel has conferred with counsel for plaintiff, who stated that plaintiff does not oppose the relief sought in this motion.

WHEREFORE, for good cause shown, defendant respectfully requests the Court grant the relief sought in this Unopposed Motion to Amend Briefing Schedule.

Dated: April 10, 2006

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    KENNETH L. WAINSTEIN
    United States Attorney

    VINCENT M. GARVEY
    Deputy Director, Federal Programs Branch

      /s/ Steven Y. Bressler
    STEVEN Y. BRESSLER D.C. Bar #482492
    Trial Attorney, U.S. Department of Justice
    Civil Division, Federal Programs Branch
    Post Office Box 883
    Washington, DC  20044
    Tel. No.:  (202) 514-4781
    Fax No.:  (202) 318-7609

    Counsel for Defendant