**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GARY BERNSTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01482-CKK |
| ) | |
| THE CENTRAL ) | |
| INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**EXHIBIT 2 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**CLASSIFIED DECLARATION OF MARILYN A. DORN**