UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY BERNSTEN | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1482 (CKK) |
| CENTRAL INTELLIGENCE AGENCY | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR NUNC PRO TUNC EXTENSION
OF TIME TO SUBMIT RESPONSIVE DOCUMENT**

NOW COMES the plaintiff Gary Bernsten, by and through his undersigned counsel, to respectfully move this Court for a Nunc Pro Tunc extension of time to on or before October 2, 2006, in order to submit a response to the defendant Central Intelligence Agency's Motion for Summary Judgment, which was filed April 28, 2006. This is the first extension sought by the plaintiff and the length of time that has elapsed beyond the original due date, and the reason for the specific deadline date, is explained below. The defendant's reply would be filed by on or before November 6, 2006.

The undersigned counsel entered this case on May 4, 2006. However, at no time did the undersigned counsel ever undertake any substantive action with respect to this litigation. Indeed, the undersigned has never even seen the defendant's pending Motion. The responsibility for prosecution of this case was in the hands of attorney Roy W. Krieger. It was just recently discovered by the undersigned and the plaintiff that no document was ever filed with the Court that responded to the defendant's Motion. Mr. Krieger has unfortunately been extremely distracted by personal matters, particularly

involving a very serious life-threatening health concern faced by his wife. These matters have apparently required Mr. Krieger to travel extensively including out of the country. Indeed, the undersigned has not seen Mr. Krieger for more than one month, and has not spoken to him via telephone for nearly that long. He has been virtually incommunicado from everyone.

As a result, the undersigned has now taken over the primary responsibility of this case. As such, during the past few days discussions have been held with the defendant's counsel Steven Bressler, Trial Attorney, Federal Programs Branch, U.S. Department of Justice, regarding the current circumstances. Pursuant to those discussions, the plaintiff suggests the schedule set forth below.

The plaintiff will file his Opposition on or before October 2, 2006. One of the primary reasons why the due date is so far away is that Mr. Bressler anticipates being on paternity leave for several weeks in September and October, and possibly as early as late August, and will be unavailable to work on this case. Thus, any submission filed by the plaintiff would literally sit untouched anyway.[1] If the Court grants this Motion, the government requests that its reply brief be due November 6, 2006 and the plaintiff has no objection.

Additionally, although plaintiff's counsel has never executed a secrecy agreement in this case and is therefore not legally bound to submit any of his filings to the defendant for classification review, the plaintiff has agreed to voluntarily submit his Opposition

---

[1] Plaintiff's attorney just returned from five days on the West Coast, and will also be on scheduled vacation from approximately August 11 – 25, 2006. He has briefs due in other cases on August 1, 2006, and August 10, 2006, as well as numerous administrative matters with prior deadlines.

brief (and certainly any documents drafted by the plaintiff himself) to the CIA for review no later than September 18, 2006. Based on the schedule proposed herein, Mr. Bressler has informed the undersigned counsel that the CIA takes no position regarding this Motion.

The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   July 30, 2006

                              Respectfully submitted,

                              /s/
                           _____
                           Mark S. Zaid, Esq.
                           DC Bar #440532
                           1920 N Street, N.W.
                           Suite 300
                           Washington, D.C. 20036
                           (202) 454-2809
                           ZaidMS@aol.com

                           Attorney for Plaintiff