UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNSTEN | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1482 (CKK) |
| CENTRAL INTELLIGENCE AGENCY | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Nunc Pro Tunc Extension of Time, and the entire record herein, it is this _____ day of August 2006, hereby

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff's Opposition is to be filed with this Court by on or before October 2, 2006, and

FURTHER ORDERED, that the defendant's reply shall be filed on or before November 6, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE