UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNSTEN | * |
| Plaintiff, | * |
| v. | * Civil Action No. 05-1482 (CKK) |
| CENTRAL INTELLIGENCE AGENCY | * |
| Defendant. | * |

### PLAINTIFF'S RESPONSE TO
### DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Civil Rule 7.1(h), plaintiff Gary Bernsten respectfully responds to the Defendant's Statement Of Undisputed Material Facts.

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit the first sentence. Deny the second sentence. See Rule 56(f) Declaration of Mark S. Zaid, Esq. at ¶12 (dated September 25, 2006)("Zaid Rule 56(f) Decl.").

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit, except to deny that any of the redacted information in the manuscript is classified.

13. Bernsten has no basis upon which to admit or deny this paragraph.

14. Bernsten has no basis upon which to admit or deny this paragraph, except to the extent he denies his manuscript contains any classified information.

15. Deny.

16. Deny.

17. Deny.

18. Admit, except that Crown Publishers published <u>Jawbreaker</u>.

**PLAINTIFF'S MATERIAL FACTS AS TO WHICH IT IS CONTENDED THERE EXISTS A GENUINE ISSUE NECESSARY TO BE LITIGATED**

1. In or around Spring 2005, Gary Bernsten was asked by then CIA Executive Director Kyle (Dusty) Foggo to dine with him and an aide to CIA Director Goss at the Capital Grille. The purpose of the dinner was to discuss Bernsten's desired retirement and persuade him not to resign. During the course of the evening Bernsten explained his reasons for wanting to depart. Mr. Foggo expressed his desire to fix the personnel system at CIA and offered to place Bernsten at a University through the officer in residence program. Bernsten explained that he had submitted an outside activity form regarding his intention to write a book on the Afghan War. Mr. Foggo stated that Director Goss wanted no more books published by current or former CIA officials. <u>See</u> Declaration of Gary Bernsten at ¶8 (dated September 25, 2006)("Bernsten Decl.").

2. Mr. Foggo stated "we will have no more books.  I will redact the shit out of your book so no one will want to read it."  Upon hearing this statement Bernsten argued that multiple former Directors and hundreds of other officers had written books and that he was more than willing to follow the rules to accomplish this. In fact, he added that Gary Schroen had recently had published his book <u>First In: An Insider's Account of How the CIA Spearheaded the War on Terror in Afghanistan</u> (Presido Press: 2005), wherein he dedicated several chapters to Bernsten calling him "Gary 2". Mr. Foggo responded "don't

2

bother leaving to write a book I will have it redacted until nothing is left." Bernsten Decl. at ¶9.

3. The PRB, after its review of Bernsten's book, only sought to redact a total of five pages of information. Yet after the manuscript was sent to the CIA's Directorate of Operations, which was under Mr. Foggo's direct control, approximately seventy pages were designated as classified. Upon inform and belief, Mr. Foggo improperly influenced the CIA's prepublication review process. As a result the CIA's classifications decisions were made in bad faith. Bernsten Decl. at ¶12; Zaid Rule 56(f) Decl. at ¶20.

4. Former CIA officer Gary Schroen, as part of his official CIA duties, intentionally revealed information to at least two authors, Bob Woodward and Steve Coll, both of whom then wrote books that discussed Afghanistan. Schroen then went on to include the information in his own book. George Tenet, then the Director of the CIA, also declassified relevant information as part of interviews he provided to Woodward, among others. Yet again this same information has been redacted from Bernsten's book as "classified". Bernsten Decl. at ¶12; Zaid Rule 56(f) Decl. at ¶22.

Dated: September 25, 2006

                                                   Respectfully submitted,

                                                      /s/
                                      _____

                                      Mark S. Zaid, Esq.
                                      Mark S. Zaid, P.C.
                                      D.C. Bar #440532
                                      1920 N Street, N.W., Suite 300
                                      Washington, D.C.  20036
                                      (202) 454-2809
                                      ZaidMS@aol.com

                                      Attorney For Plaintiff