# EXHIBIT "2"

"Classified" Submission
Of Gary Bernsten

Provided To Court *In Camera, Ex Parte*