# EXHIBIT "3"

Declaration of Gary Bernsten

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY BERNSTEN | * |
| | * |
|     Plaintiff, | * |
| | * |
|         v. | *  Civil Action No. 05-1482 (CKK) |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| | * |
|     Defendant. | * |

*   *   *   *   *   *   *   *   *   *   *   *

**<u>DECLARATION OF GARY BERNSTEN</u>**

The undersigned hereby declares as follows:

    1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of my Opposition to Defendant's Motion for Summary Judgment.

    2. I joined the Central Intelligence Agency (CIA) in 1982 as an Operations Officer and Paramilitary Reserve Cadre Officer in the Near East and South Asia Division of the Directorate of Operations. In August 1998 I led a CIA team to Tanzania in response to the East Africa bombings of U.S. Embassies in Nairobi and Dar es Salaam. Following the terrorist attack of 9/11, I coordinated the CIA's largest team in Afghanistan. Specifically, I led dozens of CIA Paramilitary Officers in conjunction with Afghan indigenous forces in combat terrorism operations on the battlefields of Talaqan, Kabul and Tora Bora. I retired in 2005 as a Senior Operations Officer with 23 years of experience in the Clandestine Service having completed three full tours as the DCI's Senior Representative in country while serving as the Senior Intelligence Advisor to three U.S. Ambassadors. I am the author of the best seller <u>JawBreaker: The Attack on Bin Laden and Al Qaeda: A Personal Account by the CIA's Key Field Commander</u> (Crown: 2005).

3. During the first week of May of 2005, I returned from overseas having completed a two year assignment. At that time I made it clear that I intended to resign from CIA's Clandestine Service at 48 years of age which was highly unusual. It would mean that I would forgo an immediate retirement at 50 and instead take a deferred retirement at the age of 60. I communicated with an aide to then CIA Director Porter Goss that I desired to do so because I was completely disgusted with CIA's Clandestine Service.

4. I noted that during the course of the previous assignment I had communicated to CIA Headquarters on multiple occasions that Narco-terrorists and murderers were involved with at least one hostile intelligence service to destabilize and overthrow the nation to which I was formerly assigned. During the course of that assignment I led efforts to thwart, on at least eight separate occasions, plans to bomb key host government facilities, to illegally seize the local parliament and plans to kidnap key local officials. During the course of these efforts I sought expanded authorities on six separate occasions to block the destruction of democracy by these noted Narco-terrorists and a foreign intelligence service. CIA headquarters either did not respond, or responded without answering my specific requests. Finally I was called by my Washington D.C. supervisor and ordered to send no further requests to CIA's seventh floor, which included the Chief of CIA's Clandestine Service.

5. I was told that I should only be concerned with evacuating my people. I explained that it was not that simple as 5,000 U.S. citizens would be trapped by the violence in the Capital City in which I was assigned. CIA Headquarters had accepted the fact that this country would collapse six months before those Narco-terrorists and foreign intelligence officers would seize control. The word from CIA Headquarters was to do nothing. I

continued to defend the constitutional government with all legal means at my disposal until my departure from post.

    6. Prior to my departure from post and prior to my arriving at a final decision to take early retirement from CIA, I communicated with the Clandestine Service headquarters division to which I was assigned. I requested feedback on why after seven years as a GS-15 I had not been recommended for promotion. I was the recipient of two of CIA's highest medals: The Distinguished Intelligence Medal and The Intelligence Star. I was among possibly only five such officers within CIA who held both of those two awards. I had served successfully as a Chief of Station on three occasions, led two of CIA's most important Counterterrorist Response teams to include deployments in East Africa following the August 1998 East Africa bombings and the CIA's largest Paramilitary Team during the 2001 response to the September 11, 2001 attacks.

    7. The response I received was that Headquarters Officers did not support my advancement into the Senior Intelligence Service because it was perceived that I treated senior officers in CIA as cowards. The fact that I had led and excelled again and again in the most difficult and dangerous assignments offered in the Clandestine Service during two decades of service apparently meant little to nothing.

    8. With all of this as background, then CIA Executive Director Kyle (Dusty) Foggo asked for me and an aide to CIA Director Goss to dine together at the Capital Grille. The purpose of the dinner was to discuss my desired retirement and persuade me not to resign. During the course of the evening I explained my reasons for wanted to depart. Mr. Foggo expressed his desire to fix the personnel system at CIA and offered to place me at a University through the officer in residence program. I explained that I had

submitted an outside activity form regarding my intention to write a book on the Afghan War. Mr. Foggo stated that Director Goss wanted no more books published by current or former CIA officials.

9. Mr. Foggo stated "we will have no more books. I will redact the shit out of your book so no one will want to read it." Upon hearing this statement I argued that multiple former Directors and hundreds of other officers had written books and that I was more than willing to follow the rules to accomplish this. In fact, I added that Gary Schroen had recently published his book First In: An Insider's Account of How the CIA Spearheaded the War on Terror in Afghanistan (Presido Press: 2005), wherein he dedicated several chapters to me calling me "Gary 2". Mr. Foggo responded "don't bother leaving to write a book. I will have it redacted until nothing is left."

10. I considered taking a position as a scholar in residence only because I thought I might be able to publish my book as a scholarly work. I met with Mr. Foggo two additional times in late May and early June 2005. His message was the same: "Director Porter Goss wants no books and I am enforcing his wishes."

11. I resigned after 27 years of federal service and submitted my book Jawbreaker to the CIA's Publication Review Board (PRB). I had to hire an attorney and pursue an injunction in order to have the manuscript reviewed and cleared (with significant redactions).

12. Mr. Foggo was good to his word. He had the CIA's Clandestine Service redact almost 70 pages of text from my book even though the PRB only believed that about five pages in total needed to be redacted. Much of what he had redacted had been cleared in Gary Schroen's book or had been released upon the orders of George Tenet to

Washington Post reporters Steve Coll, for his Pulitzer prize winning book <u>Ghost Wars</u> and to Bob Woodward for <u>Bush at War</u>. In fact, Mr. Schroen was one of the CIA officials who officially provided them with information that is now being redacted as classified from my book.

    13. As the CIA's Executive Director, its third ranking position, Mr. Foggo and others hindered and violated my First Amendment rights. Mr. Foggo promised to destroy the text of my manuscript notwithstanding the PRB's views. It seems he was clearly able to influence the Clandestine Service to gut much of my text. These individuals in the Clandestine Service also did everything possible to delay and defer working on <u>Jawbreaker</u> as a stalling tactic in order to prevent its publication.

    I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date:   September 25, 2006

/s/
_____
Gary Bernsten