## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNSTEN | * |
| Plaintiff, | * |
| v. | * Civil Action No. 05-1482 (CKK) |
| CENTRAL INTELLIGENCE AGENCY | * |
| Defendant. | * |

## **ORDER**

Upon consideration of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2006, hereby

ORDERED, that defendant's Motion is denied without prejudice; and

FURTHER ORDERED, that the plaintiff shall have ninety (90) days from the date of this Order to engage in discovery.

_____
UNITED STATED DISTRICT JUDGE