## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY BERNTSEN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-1482 (CKK) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| | * | |
| Defendant. | * | |

### ORDER

Upon consideration of Plaintiff's Motion for *In Camera*, *Ex Parte* Review of Document, it is this _____ day of October 2006, hereby

ORDERED, that plaintiff's Motion is grated; and

FURTHER ORDERED, that the Court shall review the document *in camera* and *ex parte* and the defendant shall ensure that the plaintiff's document is not disseminated any further and that no government counsel is privy to its contents.

_____
UNITED STATED DISTRICT JUDGE