UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CENTRAL )<br>INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05cv01482-CKK |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR *EX PARTE* REVIEW OF DOCUMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant the Central Intelligence Agency ("CIA"), by and through undersigned counsel, respectfully moves this Court for an extension of time until Monday, October 30, 2006 to file its opposition to plaintiff's Motion for Ex Parte Review of Document (Docket Entry No. 30).

Good cause exists for this Motion. Plaintiff filed his motion on October 2, 2006,[1] and under LCvR 7, defendant's response is therefore due this Friday, October 13, absent an extension. Undersigned counsel for defendant, who is primarily responsible for representing the CIA in this action, was on paternity leave for approximately six weeks until yesterday, October 10, and returned to a number of pressing litigation matters that require his attention, including this one. The additional time is requested so that counsel may fully research and prepare

---

[1] Plaintiff stated in his memorandum in support of his Motion for Ex Parte Review of Document that counsel for defendant requested plaintiff file such a separate motion. See Pl. Mem. 1 n.1. To clarify, we note that plaintiff's counsel's had suggested that the underlying dispute should be addressed via a conference call to the Court. Government counsel (an attorney filling in for the undersigned while the undersigned was on paternity leave) responded by letter that the proper means to bring such a dispute before the Court is by written motion.

defendant's opposition.

Accordingly, defendant requests that the Court extend the deadline for defendant's response to plaintiff's Motion for Ex Parte Review of Document until October 30, 2006. The granting of this motion would affect the deadline of plaintiff's reply brief in support, if any. If defendant files its opposition on October 30, plaintiff's reply would be due on November 6, 2006 pursuant to LCvR 7(d); that is also the deadline for defendant's reply brief in support of its pending Motion for Summary Judgment. Defendant will attempt to file its response as soon as possible.

Undersigned counsel contacted counsel for plaintiff pursuant to LCvR 7(m) and plaintiff's counsel stated that plaintiff consents to the relief sought in this motion.

WHEREFORE, for good cause shown, defendant respectfully requests the Court grant the relief sought in this Motion for Extension of Time.

Dated: October 11, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

    /s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.:  (202) 318-7609
Counsel for Defendant