<u>Berntsen v. CIA</u>, Civ. No. 05-1482-CKK

Exhibit 1 to Defendant's Reply Memorandum of Points and Authorities in Further Support of Defendant's Motion for Summary Judgment:

2005 internal CIA regulation, "Agency Prepublication Review of Certain Material Prepared for Public Dissemination"