UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05CV1482 (CCK) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF S MOTION TO REFER CASE TO MEDIATION

NOW COMES Plaintiff, Gary Bernsten, by and through undersigned counsel, pursuant to LCvR 84.4 and moves this Honorable Court to issue a show cause order as to why this case should not be referred to mediation.

In support thereof, Plaintiff avers as follows:

Although this case has been briefed and is now before the Court, Plaintiff believes that the remaining issues of declassification can be more efficiently and expeditiously resolved through mediation at this stage. Both the hardcover and softcover editions of Plaintiff s book *Jawbreaker* have been published containing the original redactions. At present no further editions of the book are planned. The screenplay for the movie is being written based upon the redacted versions of the book, and will soon be complete. Thus, further declassification of the redacted material would be largely for historical purposes and not immediately impact Plaintiff.

Plaintiff has accepted employment as a contractor for the Defense Department, and in approximately two months will be deployed overseas for an extended period and wishes to conclude this matter before his departure if at all possible.

The give and take of the mediation process is far more suitable for determining what

further declassifications can be obtained. Obtaining a mediator with the necessary security clearance should not present a problem, and the CIA can rapidly process the clearance if necessary.

Pursuant to LCvR 7(m), undersigned counsel has contacted counsel for Defendant and been advised in an e-mail that Defendant does not believe the case is suitable for mediation.

WHEREFORE, Plaintiff prays this Honorable Court issue a show cause order as to why the case should not be referred to mediation.

> Respectfully submitted,
>
> _____/s/_____
> Roy W. Krieger
> D.C. Bar# 375754
> PALEOS & KRIEGER, p.c.
> 1920 N Street, N.W., Suite 300
> Washington, D.C. 20036
> (202) 452-4814

## CERTIFICATE OF FILING

I, Roy W. Krieger, do hereby certify that a true and correct copy of the foregoing was electronically filed this 16th day of February, 2007.

> _____/s/_____
> Roy W. Krieger