UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY BERNTSEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05cv01482-CKK |
| THE CENTRAL INTELLIGENCE AGENCY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF RECENT AUTHORITY**

Defendant the Central Intelligence Agency ("CIA") respectfully brings to the Court's attention the recent decision in Stillman v. CIA, et al., No. 1:01-cv-01342-EGS, 2007 WL 1020814 (D.D.C. March 30, 2007), a slip copy of which is filed with this Notice. This recent authority is relevant to disposition of the CIA's pending Motion for Summary Judgment (Docket Entry No. 25). In Stillman, Hon. Emmett G. Sullivan granted summary judgment in favor of the CIA on the Stillman plaintiff's First Amendment claim that portions of his manuscript were not properly classified. See id., Slip. Op. 11-16.

//

//

//

//

//

//

Dated: April 6, 2007

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        VINCENT M. GARVEY
        Deputy Director, Federal Programs Branch

          /s/ Steven Y. Bressler
        STEVEN Y. BRESSLER D.C. Bar #482492
        Trial Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        Post Office Box 883
        Washington, DC  20044
        Tel. No.:  (202) 514-4781
        Fax No.:  (202) 318-7609
        Steven.Bressler@usdoj.gov

        Counsel for Defendant