UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY BERNTSEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05cv01482-CKK |
| THE CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

**NOTICE OF RECENT AUTHORITY**

Defendant the Central Intelligence Agency ("CIA") respectfully brings to the Court's attention the recent decision in Wilson v. McConnell, et al., --- F.Supp.2d ----, No. 07-cv-4595, 2007 WL 2230159 (S.D.N.Y. August 1, 2007), a slip copy of which is filed with this Notice. This recent authority is relevant to disposition of the CIA's pending Motion for Summary Judgment (Docket Entry No. 25). In Wilson, Hon. Barbara S. Jones granted summary judgment in full in favor of the CIA on Ms. Wilson's First Amendment claim that certain information in her manuscript was not properly classified. See Wilson, Slip. Op. 9-29. In granting summary judgment for the CIA, Judge Jones held, inter alia, that the information in question contained in Ms. Wilson's unredacted manuscript was and remained properly classified. Id. Moreover, Judge Jones held that neither the purported disclosure of that information in a private letter to Ms. Wilson, written on CIA letterhead and not marked "CLASSIFIED," nor the letter's subsequent publication in the Congressional Record was an official and documented public disclosure of the information by the CIA. Id. 23-29.

-2-

Dated: September 6, 2007

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        VINCENT M. GARVEY
        Deputy Director, Federal Programs Branch

           /s/ Steven Y. Bressler
        STEVEN Y. BRESSLER D.C. Bar #482492
        Trial Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        Post Office Box 883
        Washington, DC  20044
        Tel. No.:  (202) 514-4781
        Fax No.:  (202) 318-7609
        Steven.Bressler@usdoj.gov

        Counsel for Defendant