UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY BERNTSEN

    Plaintiff,

    v.

THE CENTRAL INTELLIGENCE
AGENCY

    Defendant.

Civil Action No. 05-1482 (CKK)

**ORDER**
(September 22, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this

22nd day of September, 2007, hereby

ORDERED that Plaintiff's [30] Motion to Compel *In Camera, Ex Parte* Review of

Document is DENIED; it is also

ORDERED that Defendant's [25] Motion for Summary Judgment is DENIED

WITHOUT PREJUDICE; it is also

ORDERED that a Department of Justice security officer shall retrieve all classified filings

including and related to Defendant's Motion for Summary Judgment, returning documents filed

*ex parte* to the filing party without disclosure to the opposing party; it is also

ORDERED that Defendant's updated Motion for Summary Judgment shall be filed by

October 11, 2007; Plaintiff's updated Opposition shall be filed by October 25, 2007; Defendant's

updated Reply shall be filed by November 8, 2007.

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge