UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY BERNTSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01482-CKK |
| ) | |
| THE CENTRAL ) | |
| INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the defendant's Motion for Summary Judgment and the materials submitted in support and opposition thereof, it is hereby ORDERED that defendant's Motion is GRANTED.  The Clerk of Court is directed to enter judgment in favor of defendant.

Dated: _____

_____
Hon. COLLEEN KOLLAR-KOTELLY
U.S. District Judge