**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GARY BERNTSEN | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-1482 (CKK) |
| CENTRAL INTELLIGENCE AGENCY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

NOW COME one of the attorneys for plaintiff Gary Berntsen, pursuant to LCvR 83.2(h) and 86.6(c) and in satisfaction of Rule 1.16 of the Rules of Professional Conduct, to hereby seek leave from this Court to withdraw as co-counsel of record.

Roy W. Krieger, Esq. remains the primary attorney representing Gary Berntsen, who has consented to my withdrawal.

Dated: October 18, 2007

Respectfully Submitted,

/s/
_____
Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
D.C. Bar #440532
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com