UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05CV1482 (CCK) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION TO RESET FILING
DEADLINES IN MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff, Gary Bernsten, by and through undersigned counsel and moves this Honorable Court to reset the date for Plaintiff's Opposition to Defendant's Motion for Summary Judgment to December 3, 2007, and the date for Defendant's Reply to January 25, 2007.

In support thereof, Plaintiff avers as follows:

Defendant's updated Motion for Summary Judgment and accompanying Affidavit are voluminous. Undersigned counsel was not involved in Plaintiff's first Opposition to Defendant's Motion for Summary Judgment and Mark Zaid who prepared the Opposition has since withdrawn from the case and will not be available to assist undersigned counsel. Plaintiff himself is presently in Afghanistan until January on a Department of Defense contract and has only intermittent e-mail contact with undersigned counsel and no voice contact at all. The schedule of undersigned counsel is presently occupied with a classified CIA Inspector General investigation and he will also be out of town Thanksgiving week.

Pursuant to LCvR 7(m) undersigned counsel has conferred with counsel for Defendant and have agreed on the new proposed dates.

WHEREFORE, Plaintiff prays this Honorable Court grant his Motion and Order that Plaintiff's Opposition to Defendant's Motion for Summary Judgment be filed by December 3, 2007, and that Defendant's Reply be filed by January 25, 2008.

Respectfully submitted,
_____/s/_____
Roy W. Krieger
D.C. Bar# 375754
PALEOS & KRIEGER, P.C.
1250 Connecticut Ave., N.W.,
Suite 200
Washington, D.C.  20036
(202) 261-3576

### CERTIFICATE OF FILING

I, Roy W. Krieger, do hereby affirm that the foregoing was filed with the court via ECF on October 25th 2007.

_____/s_____
Roy W. Krieger