UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05CV1482 (CCK) |
| ) | No Pending Court Dates |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO RESET FILING
DEADLINES IN MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff, Gary Bernsten, by and through undersigned counsel and moves this Honorable Court to reset the date for Plaintiff's Opposition to Defendant's Motion for Summary Judgment to January 10, 2008. Defendant's Reply is currently due on February 15, 2008, but Plaintiff will agree to any reasonable further extension requested by Defendant.

In support thereof, Plaintiff avers as follows:

Plaintiff previously sought and was granted an extension of time until December 19, 2007 in which to respond to Defendant's updated Motion for Summary Judgment

Because Plaintiff himself remains in Afghanistan conducting combat operations until January on a Department of Defense contract, has only intermittent e-mail contact with undersigned counsel and no voice contact at all, undersigned counsel has not been able to effectively communicate with Plaintiff in order to respond to Defendant's updated Motion for Summary Judgment. In-fact since seeking the previous extension of time, undersigned counsel has exchanged no communication whatsoever with Plaintiff. Undersigned counsel believes he will be able to communicate with Plaintiff by January 4, 2008 at which time Plaintiff's Opposition can be quickly completed. Undersigned counsel has spoken with his CIA Security

Officer on the time they estimate will be required to complete the required security review. Because of the Holiday season, CIA has advised that they be allowed until January 11, 2008 to complete this task.

    Pursuant to LCvR 7(m) undersigned counsel has attempted unsuccessfully to confer with counsel for Defendant who is out of the office until January 3, 2008 and therefore has been unable to obtain Defendant's consent to the requested date change. However, Plaintiff notes that counsel for Defendant has not opposed a similar requested change of filing dates.

    WHEREFORE, Plaintiff prays this Honorable Court grant his Motion and Order that Plaintiff's Opposition to Defendant's Motion for Summary Judgment be filed by January 10, 2008, and that Defendant's Reply be filed by February 15, 2008 or at such other time as the Court may order.

    Respectfully submitted,
_____/s/_____
Roy W. Krieger
D.C. Bar# 375754
PALEOS & KRIEGER, P.C.
1250 Connecticut Ave., N.W.,
Suite 200
Washington, D.C.  20036
(202) 261-3576

### CERTIFICATE OF FILING

I, Roy W. Krieger, do hereby affirm that the foregoing was filed with the court via ECF on December 17rd 2007.

    _____/s_____
    Roy W. Krieger