UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BERNTSEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05CV1482 (CCK) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S COUNTER-STATEMENT OF DISPUTED MATERIAL FACTS**

Pursuant to LCvR. 7.1(h) and 56.1, Plaintiff submits the following Counter-Statement of facts as to which he contends there is no genuine dispute.

1. Facts alleged by Defendant in paragraphs numbered 1 through 13, inclusive, are not disputed.

2. Contrary to Defendant's contention Ms. Dorn's averments (¶¶ 13-17), the redaction of Plaintiff's manuscript reflects only improper classification or reclassification of information pursuant to Executive Order that will not reasonably be expected to cause serious damage to the national security. The vast majority of the redacted information has already been declassified and published both in the media as well as in the book by Plaintiff's predecessor in Afghanistan (Gary Schroen), *First in: An Insider's Account of How the CIA Spearheaded the War on Terror In Afghanistan* (Presido Press 2005). The redacted portions of Plaintiff's manuscript in most instances contain the same names, locations and operations as those declassified and contained in the Schroen book. A side-by-side comparison is compelling. Contrary to Defendant's contention, Plaintiff's book does not reveal "intelligence sources, methods foreign relations, foreign government

relations, or sources and methods" employed by Defendant to any greater extent than they have already been revealed by declassification in Mr. Schroen's book. Rather, Defendant's extensive redaction reflect nothing more than a policy decision by then Director of Central Intelligence Porter Goss, that no further books by current or past employees would be permitted, and, further, a direct threat made to Plaintiff by former CIA Executive Director Kyle ("Dusty") Foggo that if Plaintiff resigned to write a book, he, Mr. Fogo, would render it worthless through extensive redaction, whether or not proper. Mr. Fogo has made good on his threat by redacting nearly 70 pages of text from Plaintiff's Manuscript, while the CIA Publications Review Board believed that only about five pages of text was properly redacted. In so doing, Defendant has, acting in bad faith and for retaliatory purposes, violated its own regulations and policy statements. (Plaintiff's Declaration ¶¶ 8-13; Zaid Declaration ¶¶ 3-17; Woolsey Declaration [entirety]; Exhibit 4 [to original Opposition); Krieger Declaration ¶¶ 3-20).

3. Facts alleged by Defendant in paragraph numbered 18 are not disputed.

Respectfully submitted,

_____/s/_____
Roy W. Krieger
D.C. Bar# 375754
PALEOS & KRIEGER, P.C.
1250 Connecticut Ave., N.W.,
Suite 200
Washington, D.C.  20036
(202) 261-3576

Counsel For Plaintiff