UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY BERNTSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CENTRAL ) <br> INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) | Civil Action No. 1:05cv01482-CKK |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANTS' REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant the Central Intelligence Agency ("CIA"), by and through undersigned counsel, respectfully moves this Court for an extension of time until Friday, March 14, 2008 to file its reply brief in further support of defendant's Motion for Summary Judgment (Docket Entry No. 41).

Good cause exists for this Motion. Following three unopposed motions for extension of time that were granted by this Court,[1] plaintiff filed his opposition brief on January 10, 2007. Plaintiff relies on several supporting submissions, including a new declaration by counsel, previously-filed declarations, and a classified <u>in camera</u> submission by plaintiff himself. Defendant requests additional time to fully respond to plaintiff's opposition.

Accordingly, defendant respectfully requests that the Court extend the deadline for defendant's reply brief in support of summary judgment until March 14, 2008. The granting of

---

[1] Pursuant to this Court's Order of September 22, 2007 (Docket Entry No. 39), plaintiff's opposition to defendant's motion for summary judgment was originally due on October 25, 2007.

this motion would not affect any other deadlines in this action.

Undersigned counsel contacted counsel for plaintiff pursuant to LCvR 7(m) and plaintiff's counsel stated that plaintiff consents to the relief sought in this motion.

WHEREFORE, for good cause shown, defendant respectfully requests the Court grant the relief sought in this Motion for Extension of Time.

Dated: January 24, 2008

                                           Respectfully submitted,

                                           JEFFREY BUCHOLTZ
                                           Acting Assistant Attorney General

                                           JEFFREY A. TAYLOR
                                           United States Attorney

                                           VINCENT M. GARVEY
                                           Deputy Director, Federal Programs Branch

                                             /s/ Steven Y. Bressler
                                           STEVEN Y. BRESSLER D.C. Bar #482492
                                           Trial Attorney, U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           Post Office Box 883
                                           Washington, DC  20044
                                           Tel. No.:  (202) 514-4781
                                           Fax No.:  (202) 318-7609

                                           Counsel for Defendant