UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY BERNTSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01482-CKK |
| ) | |
| THE CENTRAL ) | |
| INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT'S REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant the Central Intelligence Agency ("CIA"), by and through undersigned counsel, respectfully moves this Court for an extension of time until Friday, April 25, 2008 to file its reply brief in further support of defendant's Motion for Summary Judgment (Docket Entry No. 41).

Good cause exists for this Motion. Following three unopposed motions for extension of time, plaintiff filed an opposition brief that relies on several supporting submissions, including a new declaration by counsel, previously-filed declarations, and a classified in camera submission by plaintiff himself that is lengthy and detailed. Defendant requests additional time to fully respond to plaintiff's opposition.

Accordingly, defendant respectfully requests that the Court extend the deadline for defendant's reply brief in support of summary judgment until April 25, 2008. The granting of this motion would not affect any other deadlines in this action.

Undersigned counsel contacted counsel for plaintiff pursuant to LCvR 7(m) and

plaintiff's counsel stated that plaintiff consents to the relief sought in this motion.

WHEREFORE, for good cause shown, defendant respectfully requests the Court grant the relief sought in this Motion for Extension of Time.

Dated: March 7, 2008

Respectfully submitted,

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

　　　/s/ Steven Y. Bressler　　　
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.:  (202) 318-7609

Counsel for Defendant