UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY BERNTSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05cv01482-CKK |
| | ) | |
| THE CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR STAY**

The parties, defendant the Central Intelligence Agency ("CIA") and plaintiff Gary Berntsen, by and through undersigned counsel, respectfully move the Court to place this action in administrative suspense and to stay all pending deadlines.

Good cause exists for this Motion. Plaintiff's claims concern the CIA's pre-publication classification review of plaintiff's manuscript. That review was completed nearly three years ago in 2005. After the start of litigation, plaintiff prepared a classified document for submission to the Court in opposition to defendant's motion for summary judgment. Cf. Docket Entry No. 40 (Court's Order that, if plaintiff wishes the Court to rely on his submission, defendant and its counsel are entitled to review it).

It may be that circumstances have changed since the CIA's 2005 classification review. Accordingly, the parties propose that the Court place this action in administrative suspense to permit defendant to review Mr. Berntsen's classified court submission to determine whether some of the changes he suggests may appropriately be made in today's environment. Such a

review will promote judicial economy and conservation of the parties' resources since, at least potentially, it could narrow any remaining areas of dispute. If the Court grants this Motion, the parties will provide the Court with a status report within 90 days thereafter unless otherwise ordered by the Court.

WHEREFORE, for good cause shown, the parties respectfully request the Court grant this Motion and stay defendant's pending deadline to file its Reply Memorandum in Support of Summary Judgment while placing this action in administrative suspense.

Dated: April 21, 2008

__/s/ Roy Krieger (by permission)__
ROY KRIEGER D.C. Bar# 375754
PALEOS & KRIEGER, P.C.
1250 Connecticut Ave., N.W.,
Suite 200
Washington, D.C. 20036
(202) 261-3576

*Counsel for Plaintiff*

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

__/s/ Steven Y. Bressler__
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Tel. No.:  (202) 514-4781
Fax No.:  (202) 318-7609

*Counsel for Defendant*