UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY BERNTSEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05cv01482-CKK |
| THE CENTRAL INTELLIGENCE AGENCY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT**

Defendant the Central Intelligence Agency respectfully moves the Court for an extension of time in which to file a joint status report until July 7, 2008.

Good cause exists for this Motion. On April 21, 2008, this Court granted the parties' joint motion to stay this action, ordered a stay until July 21, 2008, and ordered the parties to file a joint status report by June 20, 2008. The parties sought a stay in order to permit defendant to review plaintiff's classified court submission to determine whether some of the changes he suggests may appropriately be made in today's environment. Defendant has largely completed its review of plaintiff's classified submission, and further progress on certain issues at this time would require classified communication between defendant and plaintiff himself. Counsel for plaintiff has informed counsel for defendant that plaintiff has been out of the country and difficult to reach, but is expected to return shortly, before the end of June. Counsel for plaintiff has also informed undersigned counsel that plaintiff does not oppose a two-week extension of time.

WHEREFORE, for good cause shown, defendant respectfully requests the Court grant this Motion extend the deadline to file a status report by two weeks, until July 7, 2008.[*] This extension, if granted, will not affect any other currently pending deadlines in this action.

Dated: June 20, 2008

        Respectfully Submitted,

        GREGORY KATSAS
        Acting Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        VINCENT M. GARVEY
        Deputy Director, Federal Programs Branch

        /s/ Steven Y. Bressler
        STEVEN Y. BRESSLER D.C. Bar #482492
        Trial Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        Post Office Box 883
        Washington, DC  20044
        Tel. No.:  (202) 514-4781
        Fax No.:  (202) 318-7609

        *Counsel for Defendant*

---

[*] Two weeks from June 20, 2008, falls on Independence Day, July 4, 2008. See Fed. R. Civ. P. 6(a).