UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| GARY BERNTSEN, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 1:05cv01482-CKK | |
| ) | | |
| THE CENTRAL ) | | |
| INTELLIGENCE AGENCY, ) | | |
| ) | | |
| Defendant. ) | | |

**JOINT STATUS REPORT**

The parties, defendant the Central Intelligence Agency ("CIA") and plaintiff Gary Berntsen, by and through undersigned counsel, report on the status of this action, which is currently in administrative suspense pursuant to this Court's prior order, as follows:

The parties sought a stay in order to permit defendant to review plaintiff's classified court submission to determine whether some of the changes he suggests may appropriately be made in today's environment. Defendant has largely completed its review of plaintiff's classified submission, and further progress on certain issues at this time would require classified communication between defendant and plaintiff himself. Plaintiff was out of the country and difficult to reach until approximately the end of June, but has now returned.

Plaintiff was in Northern Virginia on June 30, July 1 and July 2, but certain relevant CIA employees were unable to schedule or attend a meeting with plaintiff during that week, which was shortened by the July 4 holiday, because they were out of the office and unavailable. The parties now hope to schedule a meeting for July 10 or 11, when plaintiff expects to be back in the

National Capital area. Plaintiff notes that he spent $671 for his trip from the New York City area to Northern Virginia, including $391 for two nights at a hotel, $150 for three days of meals, $80 on gasoline and $50 on tolls, for which Plaintiff has demanded, through counsel, reimbursement from CIA prior to re-visiting Washington for purposes of meeting with the CIA.

The parties note that it is not yet clear whether the issues in dispute have narrowed because they have not yet met. Following the parties' meeting, the areas in dispute may narrow and such developments may impact the parties' briefing on defendant's currently stayed motion for summary judgment.

Unless otherwise ordered by the Court, the parties will further advise the Court of the status of this action on or before July 21, 2008.

Dated: July 7, 2008

Respectfully submitted,

| | |
|---|---|
| __/s/ Roy Krieger (by permission)__ | GREGORY G. KATSAS |
| ROY KRIEGER D.C. Bar# 375754 | Assistant Attorney General |
| PALEOS & KRIEGER, P.C. | |
| 1250 Connecticut Ave., N.W., | JEFFREY A. TAYLOR |
| Suite 200 | United States Attorney |
| Washington, D.C. 20036 | |
| (202) 261-3576 | VINCENT M. GARVEY |
| | Deputy Director, Federal Programs Branch |
| *Counsel for Plaintiff* | |
| | __/s/ Steven Y. Bressler__ |
| | STEVEN Y. BRESSLER D.C. Bar #482492 |
| | Trial Attorney, U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | Post Office Box 883 |
| | Washington, DC  20044 |
| | Tel. No.:  (202) 514-4781 |
| | Fax No.:  (202) 318-7609 |
| | |
| | *Counsel for Defendant* |