UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY BERNSTEN, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05cv01482-CKK |
| THE CENTRAL INTELLIGENCE AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joshua E. Gardner, an attorney in good standing with the District of Columbia Bar and employed by the United States Department of Justice, Civil Division, will be appearing on behalf of defendant, the Central Intelligence Agency, in this action. This notice hereby substitutes Mr. Gardner for Steven Y. Bressler as attorney of record for the Central Intelligence Agency in the above-captioned matter.

//

//

//

//

//

//

//

//

Dated: September 8, 2008

        Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        VINCENT M. GARVEY
        Deputy Branch Director

           /s/ Joshua E. Gardner
        JOSHUA E. GARDNER, D.C. Bar #478049
        Trial Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        Post Office Box 883
        Washington, DC  20044
        Tel. No.: (202) 305-7583
        Fax No.: (202) 616-8202
        Email: Joshua.E.Gardner@usdoj.gov

        Counsel for Defendant